JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., WAL-MART STORES, INC. and WALMART.COM USA LLC,<br><br>Defendants. | Civil Action No. CV 09 0244 (PJH)<br><br>**DEFENDANT NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PERSONS UNDER LOCAL CIVIL RULE 3-16** |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netflix, Inc. certifies, through the undersigned counsel, that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 5, 2009

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
jjacobson@wsgr.com
Sara Ciarelli Walsh
swalsh@wsgr.com
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Scott A. Sher
ssher@wsgr.com
1700 K Street, NW
5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

Keith E. Eggleton
keggleton@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendant Netflix, Inc.*