| | |
|---|---|
| 1 | NEAL MANNE, State Bar No. 94101 (Cal.)<br>SUSMAN GODFREY L.L.P. |
| 2 | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| 3 | Tel: (713) 651-9366 |
| 4 | Fax: (713) 654-6666<br>Email: nmanne@susmangodfrey.com |
| 5 | *Attorneys for Defendant Wal-Mart Stores, Inc. and* |
| 6 | *Walmart.com USA LLC* |
| 7 | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)<br>WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation<br>1301 Avenue of the Americas |
| 9 | 40th Floor<br>New York, NY 10019 |
| 10 | Tel: (212) 999-5800<br>Fax: (212) 999-5899 |
| 11 | Email: jjacobson@wsgr.com |
| 12 | *Attorneys for Defendant Netflix, Inc.* |
| 13 | MARY JANE FAIT (*admitted pro hac vice*)<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 14 | 55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603 |
| 15 | Tel: (312) 984-0000<br>Fax: (312) 984-0001 |
| 16 | Email: fait@whafh.com |
| 17 | *Attorneys for Plaintiff, on behalf of herself and others*<br>*similarly situated* |
| 18 | **[ADDITIONAL COUNSEL ON SIGNATURE PAGE]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., WAL-MART STORES, INC. and WALMART.COM USA LLC,<br><br>    Defendants. | Civil Action No. CV 09 0244 (PJH)<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND       -1-

Pursuant to Local Civil Rule 6-1, Defendants Wal-Mart Stores, Inc., Walmart.com USA LLC, and Netflix, Inc. ("Defendants") and Plaintiff Melanie Polk-Stamps, ("Plaintiff"), hereby stipulate:

WHEREAS, on or about January 20, 2009, Plaintiff filed the complaint in this action, which alleges violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 & 2;

WHEREAS, Plaintiff styled the action as a putative class action;

WHEREAS, as of the date of this stipulation, several other plaintiffs have filed complaints in this District, including:

a. No. CV 09-0002 (PJH), *Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky And Kevin Simpson, on behalf of themselves and others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

b. No. CV 09-0096 (PJH), *Michael O'Connor, on behalf of himself and others similarly situated v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

c. No. CV 09-0111 (PJH), *Sarah Endzweig v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

d. No. CV 09-0180 (PJH), *Armond Faris, on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

e. No. CV 09-00138 (PJH), *Scott Lynch, Sisto Abeyta, Allison Hancock, and Bryan Eastman, on behalf of themselves and others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

f. No. CV 09-00139 (PJH), *Jonathan Groce and Susan Horowitz on behalf of themselves and those similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

g. No. CV 09-0116 (PJH), *Christopher P. Schmitz, on behalf of himself and all others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc., and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

h.  No. CV 09-00156 (PJH), *Liza Sivek, on behalf of herself and all others similarly situated v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc;* pending in the United States District Court for the Northern District of California;

i.  No. CV 09-0236 (PJH), *Katherine M. Anthony and Paul D. Gottfried, on behalf of themselves and others similarly situated v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

j.  No. CV 09-00274 (PJH), *Richard Sheeler, Jr.*, *on behalf of himself and others similarly situated v. Netflix Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

k.  No. CV 09-00294 (PJH), *Cathleen Chapman*, *on behalf of herself and others similarly situated v. Netflix Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

l.  No. CV 09-0398 (BZ), *Michael Weiner*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

m.  No. CV 09-0402 (JL), *Margarita Lacabe*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

n.  No. CV 09-0225 (PJH), *Suzanne Slobodin*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

o.  No. CV 09-0297 (PJH), *Michael Orozco*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

p.  No. CV 09-0340 (PJH), *Linda Landels and Antonia Landels*, *on behalf of themselves and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

q.  No. CV 09-0349 (PJH), *Sarah E. Grime*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

r. No. CV 09-0361 (PJH), *Douglas Meyer*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

s. No. CV 09-0368 (PJH), *Laura Randall*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

t. No. CV 09-0378 (MEJ), *Argyre S. Patras*, *an individual, on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

u. No. CV 09-0377 (PJH), *Melanie Miscioscia*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

v. No. CV 09-0375 (PJH), *Frank Hirsch*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

w. No. CV 09-0400 (EDL), *Amos Kober*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

x. No. CV 09-0391 (PJH), *James Chatelain*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

y. No. CV 09-0399 (JCS), *Tobias L. Millrood*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

z. No. CV 09-0434 (JL), *Ranjan Roy*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

aa. No. CV 09-0447 (MEJ), *Ashkun Zaker*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

bb. No. CV 09-0445 (JCS), *Brandon Bruno and Paige Gabay*, *on behalf of themselves and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

cc. No. CV 09-0496 (MEJ), *Sanjay Parikh*, *individually and on behalf of all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California;

dd. No. CV 09-00508 (MEJ) *Richard Cocadiz, individually and on behalf of all others similarly situated* v. *Netflix Inc.; Wal-Mart Stores Inc. Walmart.com USA LLC; Reed Hastings Jr.; John Fleming*, pending in the United States District Court for the Northern District of California.

WHEREAS, each of these complaints alleges federal antitrust actions as against Defendants, and are styled as putative class actions;

WHEREAS, Defendants agree that they have been served or have agreed to waive service with respect to this action;

WHEREAS, Defendants have not yet been served with all of the complaints on file in this district;

WHEREAS, in light of the multiple complaints on file, the potential for additional complaints in this and other various jurisdictions, and the complex nature of Plaintiff's allegations, Plaintiff and Defendants have agreed that Defendants' time to answer or otherwise respond to this complaint would be extended to 30 days after such time as a consolidated complaint is filed, or to an earlier time should Defendants agree to or a court enter an order imposing an earlier deadline with respect to a related case pending in this district, without prejudice to any party's right to seek additional enlargements of time as necessary;

WHEREAS, in the event that a case or cases in other jurisdictions proceed on a different schedule, the parties agree to revise the terms of this stipulation to ensure that plaintiffs in this and the related cases in the Northern District of California are not prejudiced;

WHEREAS, this stipulation shall not be taken as a waiver of any defenses that Defendants may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or otherwise;

1     WHEREAS, Defendants have not previously sought or received any enlargements of time to answer or otherwise respond to Plaintiff's Complaint.

    NOW, THEREFORE, Plaintiff and Defendants, by and through their respective attorneys of record, stipulate that Defendants shall have from 30 days of the service of a consolidated class action complaint, or other extension as contemplated above, to answer or otherwise respond.

Dated: February 5, 2009

                                                        Respectfully submitted,

                                                        SUSMAN GODFREY L.L.P.

By: /s/ Neal S. Manne (with permission)
    Neal S. Manne
    Richard W. Hess
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Tel: (713) 651-9366
    Fax: (713) 654-6666

    Marc M. Seltzer
    Stephen E. Morrissey
    Kathryn P. Hoek
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    Tel: (310) 789-3100
    Fax: (310) 789-3150

*Attorneys for Defendant Wal-Mart Stores, Inc. and Walmart.com USA LLC*

| | |
|---|---|
| | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | By: /s/ Jonathan M. Jacobson (with permission) |
| | Jonathan M. Jacobson |
| | Sara Ciarelli Walsh |
| | 1301 Avenue of the Americas, 40th Floor |
| | New York, NY 10019 |
| | Tel: (212) 999-5800 |
| | Fax: (212) 999-5899 |
| | |
| | Scott A. Sher |
| | SSher@wsgr.com |
| | 1700 K Street, NW, 5th Floor |
| | Washington, D.C. 20006 |
| | Tel: (202) 973-8800 |
| | Fax: (202) 973-8899 |

*Attorneys for Defendant Netflix, Inc.*

Stipulated and agreed this 5th day of February, 2009

By: /s/ Mary Jane Fait (with permission)
Theodore B. Bell
John E. Tangren
Wolf Haldenstein Adler Freeman & Herz LLP
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel: (312) 984-0000
Fax: (312) 984-0001

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Plaintiff, on behalf of herself and others similarly situated*