| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Tel.: (650) 493-9300 |
| 4 | Fax: (650) 493-6811 |
| | keggleton@wsgr.com |

SCOTT A. SHER, State Bar No. 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel.: (202) 973-8800
Fax: (202) 973-8899
ssher@wsgr.com

JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., et al., <br><br> Defendants. | Civil Action No. CV 09-0244-PJH <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE        -1-
CASE NO.: CV 09-0244-PJH

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that attorney Scott A. Sher of Wilson Sonsini Goodrich & Rosati, 1700 K Street, NW, Fifth Floor, Washington, DC 20006, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Netflix, Inc.

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Scott A. Sher
    Scott A. Sher
    ssher@wsgr.com

*Attorneys for Defendant Netflix, Inc.*