KEITH E. EGGLETON, State Bar No. 159842
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
keggleton@wsgr.com

SCOTT A. SHER, State Bar No. 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel.: (202) 973-8800
Fax: (202) 973-8899
ssher@wsgr.com

JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., et al.,<br><br>        Defendants. | Civil Action No. CV 09-0244-PJH<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that attorney Keith E. Eggleton of Wilson Sonsini Goodrich & |
| 3 | Rosati, 650 Page Mill Road, Palo Alto, CA 94304, a member of the State Bar of California and |
| 4 | admitted to practice before this Court, hereby enters an appearance as counsel on behalf of |
| 5 | Defendant Netflix, Inc. |

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Keith E. Eggleton
    Keith E. Eggleton
    keggleton@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

NOTICE OF APPEARANCE
CASE NO.: CV 09-0244-PJH

-2-