| | |
|---|---|
| 1 | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 1301 Avenue of the Americas |
| 3 | 40th Floor |
| | New York, NY 10019 |
| 4 | Tel.: (212) 999-5800 |
| 5 | Fax: (212) 999-5899 |
| | Email: jjacobson@wsgr.com |
| 6 | |
| 7 | KEITH E. EGGLETON, State Bar No. 159842 (CA) |
| | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 8 | 650 Page Mill Road |
| | Palo Alto, Ca 94304-1050 |
| 9 | Tel: (650) 493-9300 |
| | Fax: (650) 565-5100 |
| 10 | |
| 11 | *Attorneys for Defendant Netflix, Inc.* |
| 12 | Neal Manne |
| | SUSMAN GODFREY LLP |
| 13 | 1000 Louisiana Street, Suite 5100 |
| | Houston, Texas 77002 |
| 14 | Tel: (713) 651-9366 |
| 15 | Fax: (713) 654-6666 |
| | nmanne@susmangodfrey.com |
| 16 | rhess@susmangodfrey.com |
| 17 | *Counsel for Defendants Wal-Mart Stores, Inc, et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Andrea Resnick et al. v. Walmart.com, et al. (Case No. C 09-0002 PJH) | **Related Case File No. C 09-0002 PJH** |
| Michael O'Connor v. Walmart.com, et al. (Case No. C 09-0096 PJH) | ORDER DENYING REQUEST TO |
| Sarah Endzweig v. Walmart.com, et al. (Case No. C 09-0111 PJH) | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND POSTPONING FILING OF JOINT CASE MANAGEMENT STATEMENT |
| Christopher Schmitz v. Walmart.com, et al. (Case No. C 09-0116 PJH) | |
| Scott Lynch, et al. v. Walmart.com, et al. (Case No. C 09-0138 PJH) | |
| Jonathan Groce, et al. v. Netflix, Inc., et al. | |

**[PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | (Case No. C 09-0139 PJH) | |
| | Liza Sivek v. Walmart.com, et al. | |
| 2 | (Case No. C 09-0156 PJH) | |
| | Armond Faris v. Netflix, Inc., et al. | |
| 3 | (Case No. C 09-0180 PJH) | |
| 4 | Suzanne Slobodin v. Netflix, Inc., et al. | |
| | (Case No. C 09-0225 PJH) | |
| 5 | Katherine Anthony, et al. v. Walmart.com, et al. | |
| | (Case No. C 09-0236 PJH) | |
| 6 | Melanie Polk-Stamps v. Netflix, Inc., et al. | |
| 7 | (Case No. C 09-0244 PJH) | |
| | Richard Sheeler, Jr. v. Walmart.com, et al. | |
| 8 | (Case No. C 09-0274 PJH) | |
| | Cathleen Chapman v. Netflix, Inc., et al. | |
| 9 | (Case No. C 09-0294 PJH) | |
| | Michael Orozco v. Netflix, Inc., et al. | |
| 10 | (Case No. C 09-0297 PJH) | |
| 11 | Linda Landels, et al. v. Netflix, Inc., et al. | |
| | (Case No. C 09-0340 PJH) | |
| 12 | Sarah Grime v. Netflix, Inc., et al. | |
| | (Case No. C 09-0349 PJH) | |
| 13 | Douglas Meyer v. Walmart.com, et al. | |
| 14 | (Case No. C 09-0361 PJH) | |
| | Laura Randall v. Walmart.com, et al. | |
| 15 | (Case No. C 09-0368 PJH) | |
| | Frank Hirsch v. Netflix, Inc., et al. | |
| 16 | (Case No. C 09-0375 PJH) | |
| | Melanie Miscioscia v. Netflix, Inc., et al. | |
| 17 | (Case No. C 09-0377 PJH) | |
| | James Chatelain v. Netflix, Inc., et al. | |
| 18 | (Case No. C 09-0391 PJH) | |
| 19 | Patras v. Netflix, Inc., et al. | |
| | (Case No. C 09-00378 PJH) | |
| 20 | Weiner v. Walmart.com USA LLC, et al. | |
| | (Case No. C 09-00398 PJH) | |
| 21 | Millrood v. Walmart.com USA LLC, et al. | |
| 22 | (Case No. C 09-00399 PJH) | |
| | Kober v. Walmart.com USA LLC, et al. | |
| 23 | (Case No. C 09-00400 PJH) | |
| | Lacabe v. Walmart.com USA LLC, et al. | |
| 24 | (Case No. C 09-00402 PJH) | |
| | Roy v. Netflix, Inc., et al. | |
| 25 | (Case No. C 09-00434 PJH) | |
| 26 | Bruno, et al. v. Walmart.com USA LLC, et al. | |
| | (Case No. C 09-00445 PJH) | |
| 27 | Zaker v. Netflix, Inc., et al. | |
| | (Case No. C 09-00447 PJH) | |
| 28 | Parikh v. Netflix, Inc., et al. | |

[PROPOSED] ORDER

| | |
|---|---|
| 1<br>2<br>3<br>4 | (Case No. C 09-00496 PJH)<br>Johnson v. Walmart.com USA LLC, et al.<br>(Case No. C 09-00553 PJH)<br>Gannon v. Walmart.com USA LLC, et al.<br>(Case No. C 09-00554 PJH)<br>Williams v. Netflix, Inc., et al.<br>(Case No. C 09-00678 PJH) |

5

6   Having reviewed and considered Defendants Netflix, Inc.'s, Walmart.com USA LLC's, and

7 Wal-Mart Stores, Inc.'s Motion for Administrative Relief to (1) continue the Case Management

8 Conference currently scheduled for April 9, 2009, (2) postpone the parties' Rule 26(f) obligations,

9 and (3) postpone the deadline for filing a Joint Case Management Statement currently due on April 2,

10 2009, all pending the resolution by the Judicial Panel on Multidistrict Litigation in MDL 2029, *In re*

11 *Online DVD Rental Antitrust Litigation,* of competing motions to consolidate and transfer these and

12 numerous other related cases, which is currently scheduled to be heard on March 26, 2009; and good

13 cause appearing, the Court hereby grants Defendants' motion in its entirety.

14   The parties are directed to advise the Court promptly of any ruling of the Judicial Panel on

15 Multidistrict Litigation in MDL 2029 and, if the *Online DVD Rental* cases are centralized in this

16 Court, to propose promptly a new schedule for the Case Management Conference and submission of

17 a Joint Case Management Statement.

18   IT IS SO ORDERED.

19   DATED:  March __16__, 2009

20   **DENIED**
     _Judge Phyllis J. Hamilton_
21   _____
     Hon. Phyllis J. Hamilton
     United States District Judge

**[PROPOSED] ORDER**