```
 1
 2
 3
 4                          UNITED STATES DISTRICT COURT
 5                         NORTHERN DISTRICT OF CALIFORNIA
 6
 7   ANDREA RESNICK, et al.,
 8              Plaintiff(s),                    No. C 09-0002 PJH
 9        v.                                     CLERK'S NOTICE
10   WALMART.COM, et al.,
11              Defendant(s).
                                           /
12   This Document Also Relates to:
13   Michael O'Connor v. Walmart.com, et al. C 09-0096 PJH
     Sarah Endzweig v. Walmart.com, et al. C 09-0111 PJH
14   Christopher Schmitz v. Walmart.com, et al. C 09-0116 PJH
     Scott Lynch, et al. v. Walmart.com, et al. C 09-0138  PJH
15   Jonathan Groce, et al. v. Netflix, Inc., et al. C 09-0139 PJH
     Liza Sivek v. Walmart.com, et al. C 09-0156 PJH
16   Armond Faris v. Netflix, Inc., et al. C 09-0180 PJH
     Suzanne Slobodin v. Netflix, Inc., et al. C 09-0225 PJH
17   Katherine Anthony, et al. v. Walmart.com, et al. C 09-0236 PJH
     Melanie Polk-Stamps v. Netflix, Inc., et al. C 09-0244 PJH
18   Richard Sheeler v. Walmart.com, et al. C 09-0274 PJH
     Cathleen Chapman v. Netflix, Inc., et al. C 09-0294 PJH
19   Michael Orozco v. Netflix, Inc., et al. C 09-0297 PJH
     Linda Landels, et al. v. Netflix, Inc., et al. C 09-0340 PJH
20   Sarah Grime v. Netlfix, Inc., et al. C 09-0349 PJH
     Douglas Meyer v. Walmart.com, et al. C 09-0361 PJH
21   Laura Randall v. Walmart.com, et al. C 09-0368 PJH
     Frank Hirsch v. Netflix, Inc., et al. C 09-0375 PJH
22   Melanie Miscioscia v. Netflix, Inc., et al. C 09-0377 PJH
     Argyre Patras v. Netflix, Inc., et al. C 09-0378 PJH
23   James Chatelain v. Netlfix, Inc., et al. C 09-0391 PJH
     Michael Weiner v. Walmart.com, et al. C 09-0398 PJH
24   Tobias Millrood v. Walmart.com. et al. C 09-0399 PJH
     Amos Kober v. Walmart.com, et al. C 09-0400 PJH
25   Margarita Lacabe v. Walmart.com, et al. C 09-0402 PJH
     Ranjan Roy v. Netflix, Inc., et al. C 09-0434 PJH
26   Brandon Bruno, et al. v. Walmart.com, et al. C 09-0445 PJH
     Ashkun Zaker v. Netflix, Inc., et al. C 09-0447 PJH
27   Sanjay Parikh v. Netflix, Inc., et al. C 09-0496 PJH
     Nicole Johnson v. Walmart.com, et al. C 09-0553 PJH
28   Christine Gannon v. Walmart.com, et al. C 09-0554 PJH
     Kimberly Williams v. Netflix, et al. C-09-0678 PJH
                                           /
```

1     YOU ARE HEREBY NOTIFIED that on **April 9, 2009 at 1:30 p.m.**, in Courtroom No. 5 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously set to begin at 2:30 p.m.**, in this matter.

        Richard W. Wieking
        Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: March 16, 2009