Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Counsel for Plaintiff Grime*

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

*Counsel for Plaintiffs Andrea Resnick, et al.*
[Additional counsel on signature page]

Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com
swalsh@wsgr.com

*Counsel for Defendant Netflix, Inc.*

Neal Manne
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

*Counsel for Defendants Wal-Mart Stores, Inc, et al.*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrea Resnick et al. v. Walmart.com, et al. (Case No. C 09-0002 PJH) | **Related Case File No. C 09-0002 PJH** |
| Michael O'Connor v. Walmart.com, et al. (Case No. C 09-0096 PJH) | **STIPULATION AND [PROPOSED] ORDER POSTPONING ADR CASE FILING** |
| Sarah Endzweig v. Walmart.com, et al. (Case No. C 09-0111 PJH) | **REQUIREMENTS UNTIL THE ISSUES ARE ADDRESSED AT THE UPCOMING JOINT** |
| Christopher Schmitz v. Walmart.com, et al. (Case No. C 09-0116 PJH) | **CASE MANAGEMENT CONFERENCE** |
| Scott Lynch, et al. v. Walmart.com, et al. (Case No. C 09-0138 PJH) | **Date: April 9, 2009** |
| Jonathan Groce, et al. v. Netflix, Inc., et al. (Case No. C 09-0139 PJH) | **Time: 1:30 p.m.** **Courtroom 3, 17th Floor** |
| Liza Sivek v. Walmart.com, et al. (Case No. C 09-0156 PJH) | **Hon. Phyllis J. Hamilton** |
| Armond Faris v. Netflix, Inc., et al. | |

STIPULATION AND [PROPOSED] ORDER RE ADR

| | |
|---|---|
| 1 | (Case No. C 09-0180 PJH) |
| | Suzanne Slobodin v. Netflix, Inc., et al. |
| 2 | (Case No. C 09-0225 PJH) |
| | Katherine Anthony, et al. v. Walmart.com, et al. |
| 3 | (Case No. C 09-0236 PJH) |
| 4 | Melanie Polk-Stamps v. Netflix, Inc., et al. |
| | (Case No. C 09-0244 PJH) |
| 5 | Richard Sheeler, Jr. v. Walmart.com, et al. |
| | (Case No. C 09-0274 PJH) |
| 6 | Cathleen Chapman v. Netflix, Inc., et al. |
| 7 | (Case No. C 09-0294 PJH) |
| | Michael Orozco v. Netflix, Inc., et al. |
| 8 | (Case No. C 09-0297 PJH) |
| | Linda Landels, et al. v. Netflix, Inc., et al. |
| 9 | (Case No. C 09-0340 PJH) |
| | Sarah Grime v. Netflix, Inc., et al. |
| 10 | (Case No. C 09-0349 PJH) |
| 11 | Douglas Meyer v. Walmart.com, et al. |
| | (Case No. C 09-0361 PJH) |
| 12 | Laura Randall v. Walmart.com, et al. |
| | (Case No. C 09-0368 PJH) |
| 13 | Frank Hirsch v. Netflix, Inc., et al. |
| 14 | (Case No. C 09-0375 PJH) |
| | Melanie Miscioscia v. Netflix, Inc., et al. |
| 15 | (Case No. C 09-0377 PJH) |
| | James Chatelain v. Netflix, Inc., et al. |
| 16 | (Case No. C 09-0391 PJH) |
| | Patras v. Netflix, Inc., et al. |
| 17 | (Case No. C 09-00378 PJH) |
| 18 | Weiner v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00398 PJH) |
| 19 | Millrood v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00399 PJH) |
| 20 | Kober v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00400 PJH) |
| 21 | Lacabe v. Walmart.com USA LLC, et al. |
| 22 | (Case No. C 09-00402 PJH) |
| | Roy v. Netflix, Inc., et al. |
| 23 | (Case No. C 09-00434 PJH) |
| | Bruno, et al. v. Walmart.com USA LLC, et al. |
| 24 | (Case No. C 09-00445 PJH) |
| | Zaker v. Netflix, Inc., et al. |
| 25 | (Case No. C 09-00447 PJH) |
| 26 | Parikh v. Netflix, Inc., et al. |
| | (Case No. C 09-00496 PJH) |
| 27 | Johnson v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00553 PJH) |
| 28 | Gannon v. Walmart.com USA LLC, et al. |

HOWREY LLP

| | |
|---|---|
| (Case No. C 09-00554 PJH)<br>Williams v. Netflix, Inc., et al.<br>(Case No. C 09-00678 PJH)<br>Haddad v. Netflix, Inc., et al.<br>(Case No. C-09-00958 PJH)<br>Wiebe v. Netflix, Inc., et al.<br>(Case No. 09-01274 PJH) | |

WHEREAS, there are currently pending before this Court thirty five (35) separate related actions under individual case filing numbers that involve substantially the same allegations (collectively, the "Cases");

WHEREAS, pursuant to Civil L.R. 16-8 (b), (c) and ADR L.R. 3-5 (b), (c), (d), all parties in each of the Cases are required to file ADR Certifications and Stipulations and [Proposed] Orders Selecting ADR Process, or Notices of Need for ADR Phone Conference;

WHEREAS, Civil L.R. 16-8 and ADR L.R. 3-5 require all parties in each of the thirty five (35) actions to meet and confer and file pleadings indicating their position on matters relating to ADR, Mediation, and Arbitration;

WHEREAS, each of the Cases is a proposed class action on behalf of the same class, thereby making it necessary as a practical matter for all of the parties to agree on one ADR method;

WHEREAS, the parties to the Cases will be submitting to the Court a Joint Case Management Statement on April 2, 2009 addressing many of the issues required in Civil L.R. 16-8 and ADR L.R. 3-5, prior to the April 9, 2009 Case Management Conference;

WHEREAS, the parties to the Cases wish to conserve the resources of the parties and the Court;

1    IT IS HEREBY STIPULATED AND AGREED by and between defendants Netflix, Inc, Wal-

2   Mart Stores, Inc., Walmart.com USA LLC, and all plaintiffs in the Cases, by and through their

3   attorneys, that the parties ADR obligations pursuant to L.R. 16 and ADR L.R. 3-5 are postponed and

4   shall be addressed at the April 9, 2009 Case Management Conference.

5   Dated: March 30, 2009

6

7                               Guido Saveri
                                R. Alexander Saveri
8                               Cadio Zirpoli
                                SAVERI & SAVERI, INC.
9                               706 Sansome Street
                                San Francisco, CA 94111
10                              Tel.:  (415) 217-6810
                                Fax:  (415) 217-6813
11

12                              By:  s/ Guido Saveri

13                              *Counsel for Plaintiff*

14                                 *Grime v. Netflix, Inc., et al.*, Case No. C 09-0349 PJH

15

16                              Robert G. Abrams
                                Thomas A. Isaacson
17                              Peter A. Barile III
                                HOWREY LLP
18                              1299 Pennsylvania Avenue, N.W.
                                Washington, DC 20004
19                              Tel.: (202) 783-0800
                                Fax: (202) 383-6610
20

21                              Paul Alexander
                                HOWREY LLP
22                              1950 University Avenue
                                East Palo Alto, CA 94303
23                              Tel.: (650) 798-3500
                                Fax: (650) 798-3600
24

25                              Emily L. Maxwell
                                HOWREY LLP
26                              525 Market Street, Suite 3600
                                San Francisco, CA 94105
27                              Tel.: (415) 848-4947
                                Fax: (415) 848-4999
28

BY:  s/ Robert G. Abrams

*Counsel for Plaintiffs*

  Resnick, et al. v. Walmart.com USA LLC, et al., Case No. 3:09-cv-00002

*- and in the following related cases -*

  O'Connor v. Walmart.com USA LLC, et al.,
  Case No. 3:09-cv-00096
  Anthony, et al. v. Walmart.com USA LLC, et al.,
  Case No. 3:09-cv-00236
  Sheeler, Jr. v. Walmart.com USA LLC, et al.,
  Case No. 3:09-cv-00274
  Meyer v. Walmart.com USA LLC, et al.,
  Case No. 3:09-cv-00361
  Johnson v. Walmart.com USA LLC, et al., Case No. 3:09-cv-00553
  Gannon v. Walmart.com USA LLC, et al., Case No. 3:09-cv-00554

*-and attests in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel in all of the above-captioned actions*

**Defendants' Counsel**

Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.:  (212) 999-5800
Fax:  (212) 999-5899

Keith E. Eggleton
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

By: s/ Jonathan M. Jacobson

*Counsel for Defendant Netflix, Inc.*

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
Genevieve Vose
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

By: s/ Neal Manne

*Counsel for Defendant Wal-Mart Stores, Inc. and Walmart.com USA LLC*

HOWREY LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Plaintiffs' Counsel in each of the
above captioned related cases**

Eugene A. Spector
Jeffrey J. Corrigan
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs*

  O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-0096 PJH
  Sheeler, Jr. v. Walmart.com USA LLC, et al., Case No. C 09-0274 PJH
  Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361 PJH
  Johnson v. Walmart.com USA LLC, et al. Case No. C 09-00553 PJH
  Gannon v. Walmart.com USA LLC, et al. Case No. C 09-00554 PJH

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

*Counsel for Plaintiff*

  O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

0096 PJH

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs*

   *Endzweig v. Walmart.com USA LLC, et al.*, Case No. C 09-0111 PJH
   *Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. C 09-0138 PJH
   *Bruno, et al. v. Walmart.com USA LLC, et al.* Case No. C 09-00445 PJH

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.: (310) 461-1426
Fax: (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324

1  Huntingdon Valley, PA 19006
   Tel.:  (215) 914-2460
2  Fax:  (215) 914-2462

3  *Counsel for Plaintiffs*

4   *Schmitz v. Walmart.com USA LLC, et al., Case No. C 09-
5  0116 PJH*
    *Sivek v. Walmart.com USA LLC, et al., Case No. C 09-0156
6  PJH*

7  Daniel A. Small
   Benjamin D. Brown
8  Kit Pierson
9  Christopher Cormier
   COHEN MILSTEIN SELLERS & TOLL PPLC
10 1100 New York Avenue, N.W.
   Suite 500, West Tower
11 Washington, DC 20005
   Tel.:  (202) 838-7797
12 Fax:  (202) 838-7745

13
   *Counsel for Plaintiffs*
14
    *Lynch, et al. v. Walmart.com USA LLC, et al., Case No. C
15 09-0138 PJH*

16 Bryan L. Clobes
17 Ellen Meriwether
   Timothy Fraser
18 CAFFERTY FAUCHER LLP
   1717 Arch Street, Ste., 3610
19 Philadelphia, PA 19103

20

21 Nyran Rose Pearson
   CAFFERTY FAUCHER LLP
22 30 N. LaSalle Street, Suite 3200
   Chicago IL 60602
23

24 *Counsel for Plaintiffs*

25  *Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH*

26 Kevin Bruce Love
27 Michael E. Criden
   CRIDEN & LOVE, P.A.
28 7301 S.W. 57 h Court, Suite 515

South Miami, FL 33143

*Counsel for Plaintiff*

  Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

Daniel E. Girard
Elizabeth C. Pritzker
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94180

*Counsel for Plaintiffs*

  Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH
  Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH
  Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.: (415) 788-4220
Fax: (415) 788-0161

*Counsel for Plaintiffs*

  Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
  Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH
  Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377 PJH
  James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391 PJH

Judith L. Spanier
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel.: (212) 889-3700
Fax: (212) 684-5191

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302

Fort Lauderdale, FL 33309
Tel.: (954) 771-3740
Fax: (954) 771-3047

*Counsel for Plaintiffs*

   *Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. C 09-0236 PJH

Mary Jane Fait
Theodore T. Bell
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiffs*

   *Polk-Stamps v. Netflix, Inc., et al.*, Case No. C 09-0244 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

*Counsel for Plaintiff*

   *Sheeler, Jr. v. Walmart.com USA LLC, et al.*, Case No. C 09-0274 PJH

Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 433-4949
Fax: (415) 433-7311

*Counsel for Plaintiff*

   *Chapman v. Netflix, Inc., et al.*, Case No. C 09-0294 PJH

1   Alex C. Turan
    MONTURA LAW GROUP
2   2070 N. Broadway, Suite 5492
    Walnut Creek, CA 94596
3   Tel.: (415) 308-0025
    Fax: (925) 256-9615
4

5   *Counsel for Plaintiff*

6       *Orozco v. Netflix, Inc., et al.*, Case No. C 09-0297 PJH

7   Guy A. Wilson
    LAW OFFICES OF GUY A. WILSON
8   509 Orchard Street
    Santa Rosa, CA 95404
9   Tel.: (707) 525-1277

10

11  Roy A. Katriel
    THE KATRIEL LAW FIRM
12  1101 30th Street
    Washington, DC 20007
13  Tel.: (202) 625-4342

14  *Counsel for Plaintiffs*

15      *Landels, et al. v. Netflix, Inc., et al.*, Case No. C 09-0340 PJH

16

17

18

19

20

21

22

23

24

25

26

27

28

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.: (215) 230-8043
Fax: (215) 230-8735

*Counsel for Plaintiff*

  *Meyer v. Walmart.com USA LLC, et al.,* Case No. C 09-0361 PJH

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.: (212) 680-1980
Fax: (212) 687-7714

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel.: (415) 772-4700
Fax: (415) 772-4707

*Counsel for Plaintiff*

  *Randall v. Walmart.com USA LLC, et al.,* Case No. C 09-0368 PJH

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

1

2
Harry Shulman
THE MILLS LAW FIRM
3
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
4
Tel.:  415-455-1326
Fax: 415-455-1327
5

6
Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
7
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
8
Tel.: (224) 632-4500
Fax.: (224) 632-4521
9

10
*Counsel for Plaintiff*

11
  Hirsch v. Netflix, Inc., et al., Case No. C 09-0375 PJH

12
David Pastor
GILMAN & PASTOR, LLP
13
63 Atlantic Avenue, Third Floor
Boston, MA 02110
14
Tel.:  (617) 742-9700

15

16
Michael F. Germano
LAW OFFICES OF MICHAEL GERMANO, P.C.
63 Atlantic Avenue, Third Floor
17
Boston, MA 02110
Tel.:  (617) 367-5911
18

19
*Counsel for Plaintiff*

20
  Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377
PJH
21

22

23

24

25

26

27

28

HOWREY LLP

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.: (310) 379-3410

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

 *James Chatelain v. Netflix, Inc., et al.,* Case No. C 09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

 *Patras v. Netflix, Inc., et al.,* Case No. C 09-00378 PJH

STIPULATION AND [PROPOSED] ORDER RE ADR

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel.: (215) 814-6750
Fax: (215) 814-6764

*Counsel for Plaintiff*

   *Weiner v. Walmart.com USA LLC, et al.,* Case No. C 09-00398 PJH

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.: (215) 963-0600
Fax: (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

*Counsel for Plaintiff*

   *Millrood v. Walmart.com USA LLC, et al.* Case No. C 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 233-5535

*Counsel for Plaintiff*

  Kober v. Walmart.com USA LLC, et al.  Case No. C 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiff*

  Lacabe v. Walmart.com USA LLC, et al.  Case No. C 09-00402 PJH

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Tel.: (415) 433-9000
Fax: (415) 433-9008

*Counsel for Plaintiff*

  Roy v. Netflix, Inc., et al.  Case No. C 09-00434 PJH

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.: (215) 545-7200
Fax: (215) 535-6535

*Counsel for Plaintiffs*

  *Bruno, et al. v. Walmart.com USA LLC, et al.* Case No. C 09-00445 PJH

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

  *Zaker v. Netflix, Inc., et al.* Case No. C 09-00447 PJH


Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

Tel.: (561) 514-0904
Fax: (561) 514-0905

*Counsel for Plaintiff*

 *Parikh v. Netflix, Inc., et al.*  Case No. C 09-00496 PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.: (651) 287-2100
Fax: (651) 287-2103

*Counsel for Plaintiff*

 *Johnson v. Walmart.com USA LLC, et al.*  Case No. C 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.: (610) 940-4000
Fax: (610) 940-4007

*Counsel for Plaintiff*

 *Gannon v. Walmart.com USA LLC, et al.*  Case No. C 09-00554 PJH


Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

 *Williams v. Netflix, Inc., et al.*  Case No. C 09-00678 PJH

Edward M. Gergosian

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

  Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH

Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
Tel:  (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

  Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH


**[PROPOSED] ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


**Dated:** _____

                          **Hon. Phyllis J. Hamilton**
                          **UNITED STATES DISTRICT COURT JUDGE**

HOWREY LLP

**PROOF OF SERVICE**

   I HEREBY CERTIFY that on April 1, 2009, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to the parties.

                                         /s/ Peter A. Barile III
                                        Peter A. Barile III (*pro hac vice*)

                                        HOWREY LLP
                                        1299 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004
                                        Tel.: (202) 783-0800
                                        Fax: (202) 383-6610
                                        *Counsel for Plaintiffs*

                                         Resnick, et al. v. Walmart.com USA LLC, et al., Case
                                        No. 3:09-cv-00002

                                        *- and in the following related cases -*

                                         O'Connor v. Walmart.com USA LLC, et al.,
                                        Case No. 3:09-cv-00096
                                         Anthony, et al. v. Walmart.com USA LLC, et al.,
                                        Case No. 3:09-cv-00236
                                         Sheeler, Jr. v. Walmart.com USA LLC, et al.,
                                        Case No. 3:09-cv-00274
                                         Meyer v. Walmart.com USA LLC, et al.,
                                        Case No. 3:09-cv-00361
                                         Johnson v. Walmart.com USA LLC, et al., Case No.
                                        3:09-cv-00553
                                         Gannon v. Walmart.com USA LLC, et al., Case No.
                                        3:09-cv-00554

                                        *-and attests in accordance with General Order No. 45*
                                        *X. B. that concurrence in the filing of the document has*
                                        *been obtained from counsel in all of the above-*
                                        *captioned actions*

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE ADR