1  Guido Saveri
   R. Alexander Saveri
2  Cadio Zirpoli
   SAVERI & SAVERI, INC.
3  706 Sansome Street
   San Francisco, CA 94111
4  Tel.: (415) 217-6810
5  Fax: (415) 217-6813                    Jonathan M. Jacobson
   guido@saveri.com                       WILSON SONSINI GOODRICH & ROSATI, PC
6  rick@saveri.com                        1301 Avenue of the Americas, 40th Floor
   cadio@saveri.com                       New York, NY 10019
7                                         Tel.: (212) 999-5800
8  *Counsel for Plaintiff Grime*          Fax: (212) 999-5899
                                          jjacobson@wsgr.com
9  Robert G. Abrams                       swalsh@wsgr.com
   Thomas A. Isaacson
10 Peter A. Barile III                    *Counsel for Defendant Netflix, Inc.*
11 HOWREY LLP
   1299 Pennsylvania Avenue, N.W.         Neal Manne
12 Washington, DC 20004                   SUSMAN GODFREY LLP
   Tel.: (202) 783-0800                   1000 Louisiana Street, Suite 5100
13 Fax: (202) 383-6610                    Houston, Texas 77002
14 abramsr@howrey.com                     Tel: (713) 651-9366
   isaacsont@howrey.com                   Fax: (713) 654-6666
15 barilep@howrey.com                     nmanne@susmangodfrey.com
                                          rhess@susmangodfrey.com
16 *Counsel for Plaintiffs Andrea Resnick, et al.*   *Counsel for Defendants Wal-Mart Stores, Inc, et al.*
   [Additional counsel on signature page]           [Additional counsel on signature page]
17

18                 **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
19

20 | Andrea Resnick et al. v. Walmart.com, et al. | Related Case File No. C 09-0002 PJH |
   (Case No. C 09-0002 PJH)
21 Michael O'Connor v. Walmart.com, et al.        **STIPULATION AND [~~PROPOSED~~] ORDER**
   (Case No. C 09-0096 PJH)                       **POSTPONING ADR CASE FILING**
22 Sarah Endzweig v. Walmart.com, et al.          **REQUIREMENTS UNTIL THE ISSUES ARE**
   (Case No. C 09-0111 PJH)                       **ADDRESSED AT THE UPCOMING JOINT**
23 Christopher Schmitz v. Walmart.com, et al.     **CASE MANAGEMENT CONFERENCE**
   (Case No. C 09-0116 PJH)
24 Scott Lynch, et al. v. Walmart.com, et al.     **Date:  April 9, 2009**
   (Case No. C 09-0138 PJH)                       **Time:  1:30 p.m.**
25 Jonathan Groce, et al. v. Netflix, Inc., et al. **Courtroom 3, 17th Floor**
   (Case No. C 09-0139 PJH)
26 Liza Sivek v. Walmart.com, et al.              **Hon. Phyllis J. Hamilton**
   (Case No. C 09-0156 PJH)
27 Armond Faris v. Netflix, Inc., et al.

28

---

STIPULATION AND [PROPOSED] ORDER RE ADR

1  (Case No. C 09-0180 PJH)
   Suzanne Slobodin v. Netflix, Inc., et al.
2  (Case No. C 09-0225 PJH)
   Katherine Anthony, et al. v. Walmart.com, et al.
3  (Case No. C 09-0236 PJH)
   Melanie Polk-Stamps v. Netflix, Inc., et al.
4  (Case No. C 09-0244 PJH)
   Richard Sheeler, Jr. v. Walmart.com, et al.
5  (Case No. C 09-0274 PJH)
   Cathleen Chapman v. Netflix, Inc., et al.
6  (Case No. C 09-0294 PJH)
   Michael Orozco v. Netflix, Inc., et al.
7  (Case No. C 09-0297 PJH)
   Linda Landels, et al. v. Netflix, Inc., et al.
8  (Case No. C 09-0340 PJH)
   Sarah Grime v. Netflix, Inc., et al.
9  (Case No. C 09-0349 PJH)
   Douglas Meyer v. Walmart.com, et al.
10 (Case No. C 09-0361 PJH)
   Laura Randall v. Walmart.com, et al.
11 (Case No. C 09-0368 PJH)
   Frank Hirsch v. Netflix, Inc., et al.
12 (Case No. C 09-0375 PJH)
   Melanie Miscioscia v. Netflix, Inc., et al.
13 (Case No. C 09-0377 PJH)
   James Chatelain v. Netflix, Inc., et al.
14 (Case No. C 09-0391 PJH)
   Patras v. Netflix, Inc., et al.
15 (Case No. C 09-00378 PJH)
   Weiner v. Walmart.com USA LLC, et al.
16 (Case No. C 09-00398 PJH)
   Millrood v. Walmart.com USA LLC, et al.
17 (Case No. C 09-00399 PJH)
   Kober v. Walmart.com USA LLC, et al.
18 (Case No. C 09-00400 PJH)
   Lacabe v. Walmart.com USA LLC, et al.
19 (Case No. C 09-00402 PJH)
   Roy v. Netflix, Inc., et al.
20 (Case No. C 09-00434 PJH)
   Bruno, et al. v. Walmart.com USA LLC, et al.
21 (Case No. C 09-00445 PJH)
   Zaker v. Netflix, Inc., et al.
22 (Case No. C 09-00447 PJH)
   Parikh v. Netflix, Inc., et al.
23 (Case No. C 09-00496 PJH)
   Johnson v. Walmart.com USA LLC, et al.
24 (Case No. C 09-00553 PJH)
   Gannon v. Walmart.com USA LLC, et al.
25
26
27
28

HOWREY LLP

-2-
STIPULATION AND [PROPOSED] ORDER RE ADR

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | (Case No. C 09-00554 PJH)<br>Williams v. Netflix, Inc., et al.<br>(Case No. C 09-00678 PJH)<br>Haddad v. Netflix, Inc., et al.<br>(Case No. C-09-00958 PJH)<br>Wiebe v. Netflix, Inc., et al.<br>(Case No. 09-01274 PJH) | |

6    WHEREAS, there are currently pending before this Court thirty five (35) separate related

7 actions under individual case filing numbers that involve substantially the same allegations

8 (collectively, the "Cases");

9    WHEREAS, pursuant to Civil L.R. 16-8 (b), (c) and ADR L.R. 3-5 (b), (c), (d), all parties in

10 each of the Cases are required to file ADR Certifications and Stipulations and [Proposed] Orders

11 Selecting ADR Process, or Notices of Need for ADR Phone Conference;

12    WHEREAS, Civil L.R. 16-8 and ADR L.R. 3-5 require all parties in each of the thirty five (35)

13 actions to meet and confer and file pleadings indicating their position on matters relating to ADR,

14 Mediation, and Arbitration;

15    WHEREAS, each of the Cases is a proposed class action on behalf of the same class, thereby

16 making it necessary as a practical matter for all of the parties to agree on one ADR method;

17    WHEREAS, the parties to the Cases will be submitting to the Court a Joint Case Management

18 Statement on April 2, 2009 addressing many of the issues required in Civil L.R. 16-8 and ADR L.R. 3-

19 5, prior to the April 9, 2009 Case Management Conference;

20    WHEREAS, the parties to the Cases wish to conserve the resources of the parties and the

21 Court;

HOWREY LLP

-3-
STIPULATION AND [PROPOSED] ORDER RE ADR

1     IT IS HEREBY STIPULATED AND AGREED by and between defendants Netflix, Inc, Wal-

2  Mart Stores, Inc., Walmart.com USA LLC, and all plaintiffs in the Cases, by and through their

3  attorneys, that the parties ADR obligations pursuant to L.R. 16 and ADR L.R. 3-5 are postponed and

4  shall be addressed at the April 9, 2009 Case Management Conference.

5  Dated: March 30, 2009

6

7                              Guido Saveri
                               R. Alexander Saveri
8                              Cadio Zirpoli
                               SAVERI & SAVERI, INC.
9                              706 Sansome Street
                               San Francisco, CA 94111
10                             Tel.:  (415) 217-6810
                               Fax:  (415) 217-6813
11

12                             By:  s/ Guido Saveri

13                             *Counsel for Plaintiff*

14                               Grime v. Netflix, Inc., et al., Case No. C 09-0349 PJH

15

16                             Robert G. Abrams
                               Thomas A. Isaacson
17                             Peter A. Barile III
                               HOWREY LLP
18                             1299 Pennsylvania Avenue, N.W.
                               Washington, DC 20004
19                             Tel.: (202) 783-0800
                               Fax: (202) 383-6610
20

21                             Paul Alexander
                               HOWREY LLP
22                             1950 University Avenue
                               East Palo Alto, CA 94303
23                             Tel.: (650) 798-3500
                               Fax: (650) 798-3600
24

25                             Emily L. Maxwell
                               HOWREY LLP
26                             525 Market Street, Suite 3600
                               San Francisco, CA 94105
27                             Tel.: (415) 848-4947
                               Fax: (415) 848-4999
28

HOWREY LLP

1

2          BY:  s/ Robert G. Abrams

3          *Counsel for Plaintiffs*

4            Resnick, et al. v. Walmart.com USA LLC, et al., Case No.
5          3:09-cv-00002

6          *- and in the following related cases -*

7            O'Connor v. Walmart.com USA LLC, et al.,
             Case No. 3:09-cv-00096
8            Anthony, et al. v. Walmart.com USA LLC, et al.,
             Case No. 3:09-cv-00236
9            Sheeler, Jr. v. Walmart.com USA LLC, et al.,
10           Case No. 3:09-cv-00274
             Meyer v. Walmart.com USA LLC, et al.,
11           Case No. 3:09-cv-00361
             Johnson v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
12           00553
             Gannon v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
13           00554

14

15         *-and attests in accordance with General Order No. 45 X. B.*
           *that concurrence in the filing of the document has been*
16         *obtained from each of  the undersigned counsel in all of the*
           *above-captioned actions*
17

18         **Defendants' Counsel**

19         Jonathan M. Jacobson
           Sara Ciarelli Walsh
20         WILSON SONSINI GOODRICH & ROSATI, PC
           1301 Avenue of the Americas
21         40th Floor
           New York, NY 10019
22         Tel.:  (212) 999-5800
           Fax:  (212) 999-5899
23

24         Keith E. Eggleton
           WILSON SONSINI GOODRICH & ROSATI
25         650 Page Mill Road
           Palo Alto, Ca 94304-1050
26         Tel: (650) 493-9300
           Fax: (650) 565-5100
27

28

HOWREY LLP

1

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

2

3

4

5

By: s/ Jonathan M. Jacobson

6

*Counsel for Defendant Netflix, Inc.*

7

8

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
Genevieve Vose
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

9

10

11

12

13

14

15

16

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

17

18

19

20

21

By:  s/ Neal Manne

22

23

*Counsel for Defendant Wal-Mart Stores, Inc. and Walmart.com
USA LLC*

24

25

26

27

28

**HOWREY LLP**

-6-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Plaintiffs' Counsel in each of the
above captioned related cases**

Eugene A. Spector
Jeffrey J. Corrigan
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs*

  O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-0096 PJH
  Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. C 09-0274 PJH
  Meyer v.  Walmart.com USA LLC, et al., Case No. C 09-0361 PJH
  Johnson v. Walmart.com USA LLC, et al.  Case No. C 09-00553 PJH
  Gannon v. Walmart.com USA LLC, et al.  Case No. C 09-00554 PJH

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

*Counsel for Plaintiff*

  O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

0096 PJH

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs*

  *Endzweig v. Walmart.com USA LLC, et al.,* Case No. C 09-
0111 PJH
  *Lynch, et al. v. Walmart.com USA LLC, et al.,* Case No. C
09-0138 PJH
  *Bruno, et al. v. Walmart.com USA LLC, et al.* Case No. C
09-00445 PJH

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.: (310) 461-1426
Fax: (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324

HOWREY LLP

-8-

1    Huntingdon Valley, PA 19006
     Tel.:  (215) 914-2460
2    Fax:  (215) 914-2462

3    *Counsel for Plaintiffs*

4      Schmitz v. Walmart.com USA LLC, et al., Case No. C 09-
     0116 PJH
5      Sivek v. Walmart.com USA LLC, et al., Case No. C 09-0156
6    PJH

7    Daniel A. Small
     Benjamin D. Brown
8    Kit Pierson
9    Christopher Cormier
     COHEN MILSTEIN SELLERS & TOLL PPLC
10   1100 New York Avenue, N.W.
     Suite 500, West Tower
11   Washington, DC 20005
     Tel.:  (202) 838-7797
12   Fax:  (202) 838-7745

13   *Counsel for Plaintiffs*

14
       Lynch, et al. v. Walmart.com USA LLC, et al., Case No. C
15   09-0138 PJH

16   Bryan L. Clobes
17   Ellen Meriwether
     Timothy Fraser
18   CAFFERTY FAUCHER LLP
     1717 Arch Street, Ste., 3610
19   Philadelphia, PA 19103

20

21   Nyran Rose Pearson
     CAFFERTY FAUCHER LLP
22   30 N. LaSalle Street, Suite 3200
     Chicago IL 60602
23

24   *Counsel for Plaintiffs*

25     Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH

26   Kevin Bruce Love
     Michael E. Criden
27   CRIDEN & LOVE, P.A.
     7301 S.W. 57 h Court, Suite 515
28

HOWREY LLP

-9-
STIPULATION AND [PROPOSED] ORDER RE ADR

1     South Miami, FL 33143

2     *Counsel for Plaintiff*

3        Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

4     Daniel E. Girard

5     Elizabeth C. Pritzker
      GIRARD GIBBS LLP

6     601 California Street, Suite 1400
      San Francisco, CA 94180

7

8     *Counsel for Plaintiffs*

9        Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH
         Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

10       Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

11    Robert C. Schubert

12    Willem F. Jonckheer
      SCHUBERT JONCKHEER KOLBE &

13    KRALOWEC LLP
      Three Embarcadero Center, Suite 1650

14    San Francisco, CA 94111
      Tel.:  (415) 788-4220

15    Fax:  (415) 788-0161

16    *Counsel for Plaintiffs*

17

18       Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
         Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

19       Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377
      PJH

20       James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391
      PJH

21

22    Judith L. Spanier
      Jill S. Abrams

23    Natalie Marcus
      ABBEY SPANIER RODD & ABRAMS, LLP

24    212 East 39th Street
      New York, New York 10016

25    Tel.:  (212) 889-3700
      Fax:  (212) 684-5191

26

27    Craig H. Blinderman
      MREJEN BLINDERMAN, P.L.

28    701 West Cypress Creek Road, Suite 302

HOWREY LLP
                                    -10-

1

Fort Lauderdale, FL 33309
Tel.:  (954) 771-3740
2     Fax:  (954) 771-3047

3     *Counsel for Plaintiffs*

4
       Anthony, et al. v. Walmart.com USA LLC, et al., Case No. C
5     09-0236 PJH

6

7     Mary Jane Fait
       Theodore T. Bell
8     John E. Tangren
       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
9     55 West Monroe Street, Suite 1111
       Chicago, IL 60603
10

11     *Counsel for Plaintiffs*

12       Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

13     Lee Albert
       Brian Brooks
14     Jacqueline Sailer
       MURRAY, FRANK & SAILER LLP
15     275 Madison Avenue, Suite 801
       New York, New York 10016
16     Tel.:  (212) 682-1818
       Fax:  (212) 682-1892
17

18     *Counsel for Plaintiff*

19
       Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. C
20     09-0274 PJH

21

22     Michael F. Ram
       Erica Craven-Green
23     LEVY, RAM & OLSON LLP
       639 Front Street, 4th Floor
24     San Francisco, CA 94111
       Tel.:  (415) 433-4949
25     Fax:  (415) 433-7311

26     *Counsel for Plaintiff*

27
       Chapman v. Netflix, Inc., et al., Case No. C 09-0294 PJH
28

-11-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

Alex C. Turan
MONTURA LAW GROUP

2

2070 N. Broadway, Suite 5492
Walnut Creek, CA 94596

3

Tel.: (415) 308-0025
Fax: (925) 256-9615

4

5

*Counsel for Plaintiff*

6

   *Orozco v. Netflix, Inc., et al.*, Case No. C 09-0297 PJH

7

Guy A. Wilson

8

LAW OFFICES OF GUY A. WILSON
509 Orchard Street

9

Santa Rosa, CA 95404
Tel.: (707) 525-1277

10

11

Roy A. Katriel
THE KATRIEL LAW FIRM

12

1101 30th Street
Washington, DC 20007

13

Tel.: (202) 625-4342

14

*Counsel for Plaintiffs*

15

   *Landels, et al. v. Netflix, Inc., et al.*, Case No. C 09-0340 PJH

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Marc H. Edelson
    EDELSON & ASSOCIATES, LLC
3   45 West Court Street
    Doylestown, PA 18901
4   Tel.:  (215) 230-8043
    Fax:  (215) 230-8735
5
    *Counsel for Plaintiff*
6
       *Meyer v. Walmart.com USA LLC, et al.,* Case No. C 09-0361
7   PJH

8   Linda P. Nussbaum
    KAPLAN, FOX & KILSHEIMER, LLP
9   850 Third Avenue, 14th Floor
    New York, NY 10022
10  Tel.:  (212) 680-1980
    Fax:  (212) 687-7714
11
12  Laurence D. King
    Linda M. Fong
13  KAPLAN, FOX & KILSHEIMER, LLP
    350 Sansome Street, Suite 400
14  San Francisco, CA 94104
    Tel.:  (415) 772-4700
15  Fax:  (415) 772-4707
16
17  *Counsel for Plaintiff*

18     *Randall v. Walmart.com USA LLC, et al.,* Case No. C 09-
    0368 PJH
19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

STIPULATION AND [PROPOSED] ORDER RE ADR

1

2
Harry Shulman
THE MILLS LAW FIRM
3
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
4
Tel.: 415-455-1326
Fax: 415-455-1327

5

6
Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
7
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
8
Tel.: (224) 632-4500
Fax.: (224) 632-4521

9

10
*Counsel for Plaintiff*

11
   *Hirsch v. Netflix, Inc., et al.*, Case No. C 09-0375 PJH

12
David Pastor
GILMAN & PASTOR, LLP
13
63 Atlantic Avenue, Third Floor
Boston, MA 02110
14
Tel.: (617) 742-9700

15

16
Michael F. Germano
LAW OFFICES OF MICHAEL GERMANO, P.C.
17
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.: (617) 367-5911

18

19
*Counsel for Plaintiff*

20
   *Melanie Miscioscia v. Netflix, Inc., et al.*, Case No. C 09-0377
PJH

21

22

23

24

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE ADR

1

2
Mark Warshaw
Jaquelynn Pope

3
WARSHAW & POPE
934 Hermosa Avenue, Suite 14

4
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

5

6
Edward F. Haber
SHAPIRO HABER & URMY

7
53 State Street
Boston, MA 02109

8
Tel.:  (617) 439-3939

9
*Counsel for Plaintiff*

10
    James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391

11
PJH

12
Richard M. Volin
Michael McLellan

13
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.

14
Washington, DC 20007
Tel.:  (202) 337-8000

15
Fax:  (202) 337-8090

16
Rosemary M. Rivas

17
Mark Punzalan
FINKELSTEIN THOMPSON LLP

18
100 Bush Street, Suite 1450
San Francisco, CA 94104

19
Tel.:  (415) 398-8700
Fax:  (415) 398-8704

20

21
Gordon M. Fauth, Jr.
LITIGATION LAW GROUP

22
1801 Clement Avenue, Suite 101
Alameda, CA 94501

23
Tel.:  (510) 238-9610
Fax:  (510) 337-1431

24

25
*Counsel for Plaintiff*

26
    Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

27

28

1

2
Anthony J. Bolognese
Joshua H. Grabar
3
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
4
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
5
Tel.: (215) 814-6750
Fax: (215) 814-6764
6

7
*Counsel for Plaintiff*
8
*Weiner v. Walmart.com USA LLC, et al.*, Case No. C 09-00398 PJH
9

10
Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
11
BARRACK, RODOS & BACINE
3300 Two Commerce Square
12
2001 Market Street
Philadelphia, PA 19130
13
Tel.: (215) 963-0600
Fax: (215) 963-0838
14

15
Steve R. Basser
BARRACK, RODOS & BACINE
16
One American Plaza
600 West Broadway, Suite 900
17
San Diego, CA 92101
Tel.: (619) 230-0800
18
Fax: (619) 230-1874
19

20
*Counsel for Plaintiff*
21
*Millrood v. Walmart.com USA LLC, et al.* Case No. C 09-00399 PJH
22

23

24

25

26

27

28

HOWREY LLP

-16-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 233-5535

*Counsel for Plaintiff*

 Kober v. Walmart.com USA LLC, et al.  Case No. C 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiff*

 Lacabe v. Walmart.com USA LLC, et al.  Case No. C 09-00402 PJH

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Tel.: (415) 433-9000
Fax: (415) 433-9008

*Counsel for Plaintiff*

 Roy v. Netflix, Inc., et al.  Case No. C 09-00434 PJH

STIPULATION AND [PROPOSED] ORDER RE ADR

1

2  Mindee J. Reuben
   WEINSTEIN KITCHENOFF & ASHER, LLC
3  1845 Walnut Street, Suite 1100
   Philadelphia, PA 19103
4  Tel.: (215) 545-7200
   Fax: (215) 535-6535

5
   *Counsel for Plaintiffs*
6
     Bruno, et al. v. Walmart.com USA LLC, et al.  Case No. C
7  09-00445 PJH

8
   Edward A. Wallace
9  Kenneth A. Wexler
   WEXLER WALLACE, LLP
10 55 West Monroe Street, Suite 3300
   Chicago, IL 60603
11 Tel: 312.346.2222
   Fax: 312.346.0022
12

13 Mark J. Tamblyn
   Neha Duggal
14 WEXLER WALLACE, LLP
   455 Capitol Mall, Suite 231
15 Sacramento, CA 95814
   Tel.: 916-492-1100
16 Fax: 916-492-1124

17
   *Counsel for Plaintiff*
18
     Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH
19

20
   Bonny E. Sweeney
21 David W. Mitchell
   COUGHLIN STOIA GELLER RUDMAN &
22 ROBBINS LLP
   655 West Broadway, Suite 1900
23 San Diego, CA 92101
   Tel.: (619) 231-1058
24 Fax: (619) 231-7423

25
   William C. Wright
26 THE LAW OFFICES OF WILLIAM C.
   WRIGHT, P.A.
27 301 Clematis Street, Suite 3000
   West Palm Beach, FL 33401
28

HOWREY LLP

-18-
STIPULATION AND [PROPOSED] ORDER RE ADR

1   Tel.:  (561) 514-0904
    Fax:  (561) 514-0905

2

3   *Counsel for Plaintiff*

4       Parikh v. Netflix, Inc., et al.  Case No. C 09-00496 PJH

5   Garrett D. Blanchfield
    REINHARDT, WENDORF & BLANCHFIELD
6   E1250 First National Bank Building
    332 Minnesota Street
7   St. Paul, MN 55101
    Tel.:  (651) 287-2100
8   Fax:  (651) 287-2103

9
    *Counsel for Plaintiff*
10
        Johnson v. Walmart.com USA LLC, et al.  Case No. C 09-
11  00553 PJH

12  David P. McLafferty
13  MCLAFFERTY & ASSOCIATES, P.C.
    923 Fayette Street
14  Conshohocken, PA 19428
    Tel.:  (610) 940-4000
15  Fax:  (610) 940-4007

16
    *Counsel for Plaintiff*
17
        Gannon v. Walmart.com USA LLC, et al.  Case No. C 09-
18  00554 PJH

19

20  Dianne M. Nast
    Joseph F. Roda
21  Michele S. Burkholder
    Daniel N. Gallucci
22  RODANAST, P.C.
    801 Estelle Drive
23  Lancaster, Pennsylvania 17601
    Telephone: (717) 892-3000
24  Facsimile: (717) 892-1200

25
    *Counsel for Plaintiff*
26
        Williams v. Netflix, Inc., et al.  Case No. C 09-00678 PJH
27

28  Edward M. Gergosian

HOWREY LLP

-19-
STIPULATION AND [PROPOSED] ORDER RE ADR

1    Robert J. Gralewski
     William D. Harris
2    GERGOSIAN & GRALEWSKI LLP
     655 West Broadway Suite 1410
3    San Diego CA 92101
     Tel 619-237-9500
4    Fax 619-237-9555 fax

5    *Counsel for Plaintiff*

6
     Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH
7

8    Matthew Schultz (220641)
     Timothy D. Battin
9    Thomas M. Palumbo
     STRAUS & BOIES, LLP
10   4041 University Drive, 5th Floor
     Fairfax, Virginia  22030
11   Tel:  (703) 764-8700
     Fax: (703) 764-8704
12

13   *Counsel for Plaintiff*

14   Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

15

16

17   **[PROPOSED] ORDER**

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

22   **Dated:** 4/2/09

23   Hon. Ph___
     UNITED ST___                        ___ JUDGE
24

25

26

27

28

1

**PROOF OF SERVICE**

2

3        I HEREBY CERTIFY that on April 1, 2009, I caused a true and correct copy of the foregoing

to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of

4

electronic filing to the parties.

5

6                                    /s/ Peter A. Barile III

7                                    Peter A. Barile III (*pro hac vice*)

8                                    HOWREY LLP
                                     1299 Pennsylvania Avenue, N.W.
9                                    Washington, DC 20004
                                     Tel.: (202) 783-0800
10                                   Fax: (202) 383-6610
                                     *Counsel for Plaintiffs*
11

12                                    Resnick, et al. v. Walmart.com USA LLC, et al., Case
                                     No. 3:09-cv-00002
13

14                                   *- and in the following related cases -*

15                                    O'Connor v. Walmart.com USA LLC, et al.,
                                     Case No. 3:09-cv-00096
16                                    Anthony, et al. v. Walmart.com USA LLC, et al.,
                                     Case No. 3:09-cv-00236
17                                    Sheeler, Jr. v. Walmart.com USA LLC, et al.,
                                     Case No. 3:09-cv-00274
18                                    Meyer v. Walmart.com USA LLC, et al.,
                                     Case No. 3:09-cv-00361
19                                    Johnson v. Walmart.com USA LLC, et al., Case No.
20                                   3:09-cv-00553
                                      Gannon v. Walmart.com USA LLC, et al., Case No.
21                                   3:09-cv-00554

22                                   *-and attests in accordance with General Order No. 45*

23                                   *X. B. that concurrence in the filing of the document has*
                                     *been obtained from counsel in all of the above-*
24                                   *captioned actions*

25

26

27

28

HOWREY LLP
                                            -21-
                        STIPULATION AND [PROPOSED] ORDER RE ADR