United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, et al.,

    Plaintiff(s),                        No. C 09-0002 PJH

    v.                                **RENUNCIATION**

WALMART.COM USA LLC, et al.

    Defendant(s).

_____/

**This Document Also Relates to:**

Michael O'Connor v. Walmart.com, et al. C 09-0096 PJH
Sarah Endzweig v. Walmart.com, et al. C 09-0111 PJH
Christopher Schmitz v. Walmart.com, et al. C 09-0116 PJH
Scott Lynch, et al. v. Walmart.com, et al. C 09-0138 PJH
Jonathan Groce, et al. v. Netflix, Inc., et al. C 09-0139 PJH
Liza Sivek v. Walmart.com, et al. C 09-0156 PJH
Armond Faris v. Netflix, Inc., et al. C 09-0180 PJH
Suzanne Slobodin v. Netflix, Inc., et al. C 09-0225 PJH
Katherine Anthony, et al. v. Walmart.com, et al. C 09-0236 PJH
Melanie Polk-Stamps v. Netflix, Inc., et al. C 09-0244 PJH
Richard Sheeler v. Walmart.com, et al. C 09-0274 PJH
Cathleen Chapman v. Netflix, Inc., et al. C 09-0294 PJH
Michael Orozco v. Netflix, Inc., et al. C 09-0297 PJH
Linda Landels, et al. v. Netflix, Inc., et al. C 09-0340 PJH
Sarah Grime v. Netlfix, Inc., et al. C 09-0349 PJH
Douglas Meyer v. Walmart.com, et al. C 09-0361 PJH
Laura Randall v. Walmart.com, et al. C 09-0368 PJH
Frank Hirsch v. Netflix, Inc., et al. C 09-0375 PJH
Melanie Miscioscia v. Netflix, Inc., et al. C 09-0377 PJH
Argyre Patras v. Netflix, Inc., et al. C 09-0378 PJH
James Chatelain v. Netlfix, Inc., et al. C 09-0391 PJH
Michael Weiner v. Walmart.com, et al. C 09-0398 PJH
Tobias Millrood v. Walmart.com. et al. C 09-0399 PJH
Amos Kober v. Walmart.com, et al. C 09-0400 PJH
Margarita Lacabe v. Walmart.com, et al. C 09-0402 PJH
Ranjan Roy v. Netflix, Inc., et al. C 09-0434 PJH
Brandon Bruno, et al. v. Walmart.com, et al. C 09-0445 PJH
Ashkun Zaker v. Netflix, Inc., et al. C 09-0447 PJH
Sanjay Parikh v. Netflix, Inc., et al. C 09-0496 PJH
Nicole Johnson v. Walmart.com, et al. C 09-0553 PJH
Christine Gannon v. Walmart.com, et al. C 09-0554 PJH
Kimberly Williams v. Netflix, et al. C 09-0678 PJH
James Norem v. Netflix, Inc., et al. C 09-0956 PJH
Alexander Haddad v. Netflix, Inc., et al. C 09-0958 PJH
Jim Cornett v. Netlfix, Inc., et al. C 09-0960 PJH
Oscar Macias v. Netflix, Inc., et al. C 09-0961 PJH
Jesse Randle v. Netflix, Inc., et al. C 09-0962 PJH
Travis Wiebe v. Netflix, Inc., et al. C 09-1274 PJH

_____/

I hereby irrevocably waive, disclaim and renounce any and all claims, causes of action or interests I now have, or might hereafter have, of any kind whatsoever, as a member of any class (including any putative class) in any action now or hereafter pending in any court, pertaining to or related to online DVD rental antitrust litigation, including any proceeding under 28 U.S.C. § 1407, specifically MDL No. 2029: Online DVD Rental Antitrust Litigation and any related litigation wherever it is filed.  The purpose of this renunciation is to remove any possible conflict of interest that might cause my disqualification under 28 U.S.C. § 455.  This renunciation shall be broadly construed to apply to any matter that could otherwise cause any such disqualification.

**IT IS SO ORDERED.**

Dated: April 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge