Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

*Lead Class Counsel*
*Member of the Steering Committee for*
*Plaintiffs in MDL No. 2029*

*Liaison Class Counsel*
*Member of the Steering Committee for Plaintiffs*
*in MDL No. 2029*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** <br><br> **MDL No. 2029** <br><br> **Hon. Phyllis J. Hamilton** |
| **This document relates to:** <br><br> 3:09-cv-00002 PJH <br> 3:09-cv-00096 PJH <br> 3:09-cv-00111 PJH <br> 3:09-cv-00116 PJH <br> 3:09-cv-00138 PJH <br> 3:09-cv-00139 PJH | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Dockets.Justia.com

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1   (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2   Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236);  Melanie

3   Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4   00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5   Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6   (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7   (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8   Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9   Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10  Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11  Adrienne Belai (3:09-cv-01740);  Robert Touchton (3:09-cv-02154);  Charles Kopera (3:09-cv-02062);

12  Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13  Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14  Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15  Fernando Ortiz-Cardona (3:09-cv-02150);  Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16  Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17  the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18  Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19  assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)).  Each of the

20  Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21  *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH.  Defendants have not served an answer

22  or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints.  Defendants

23  have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24  Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding.  The above listed Plaintiffs

25  reserve their rights as absent class members to share in any recovery in this case to which they would

26  otherwise be entitled.  All counsel listed below have assented to the filing of this Notice.  Pursuant to

27

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1 the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

2 filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

3 File docket number. The following individual dockets can now be closed:

4

5 3:09-cv-00096 PJH
3:09-cv-00111 PJH
6 3:09-cv-00116 PJH
3:09-cv-00139 PJH
7 3:09-cv-00180 PJH
3:09-cv-00225 PJH
8 3:09-cv-00236 PJH
3:09-cv-00244 PJH
9 3:09-cv-00274 PJH
3:09-cv-00294 PJH
10 3:09-cv-00340 PJH
3:09-cv-00349 PJH
11 3:09-cv-00361 PJH
3:09-cv-00368 PJH
12 3:09-cv-00375 PJH
3:09-cv-00378 PJH
13 3:09-cv-00391 PJH
3:09-cv-00399 PJH
14 3:09-cv-00400 PJH
3:09-cv-00402 PJH
15 3:09-cv-00434 PJH
3:09-cv-00445 PJH
16 3:09-cv-00447 PJH
3:09-cv-00496 PJH
17 3:09-cv-00553 PJH
3:09-cv-00554 PJH
18 3:09-cv-00678 PJH
3:09-cv-00958 PJH
19 3:09-cv-01274 PJH
3:09-cv-01499 PJH
20 3:09-cv-01740 PJH
3:09-cv-02154 PJH
21 3:09-cv-02062 PJH
3:09-cv-02063 PJH
22 3:09-cv-02155 PJH
3:09-cv-02156 PJH
23 3:09-cv-02152 PJH
3:09-cv-02153 PJH
24 3:09-cv-02065 PJH
3:09-cv-02151 PJH
25 3:09-cv-02184 PJH
3:09-cv-02150 PJH
26 3:09-cv-02067 PJH
3:09-cv-02066 PJH

27

28 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  Dated: June 9, 2009                    Respectfully Submitted,

2

3                                          BY:   /s/ Robert G. Abrams

4                                          Robert G. Abrams
                                           Thomas A. Isaacson
5                                          Peter A. Barile III
                                           HOWREY LLP
6                                          1299 Pennsylvania Avenue, N.W.
                                           Washington, DC 20004
7                                          Tel.: (202) 783-0800
                                           Fax: (202) 383-6610

8                                          Paul Alexander
9                                          HOWREY LLP
                                           1950 University Avenue
10                                         East Palo Alto, CA 94303
                                           Tel.: (650) 798-3500
11                                         Fax: (650) 798-3600

12                                         Emily L. Maxwell
                                           HOWREY LLP
13                                         525 Market Street, Suite 3600
                                           San Francisco, CA 94105
14                                         Tel.: (415) 848-4947
                                           Fax: (415) 848-4999

15                                         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
                                           3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
16                                         3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
                                           00554)
17
                                           ***Lead Class Counsel and Member of the***
18                                         ***Steering Committee for Plaintiffs in MDL No.***
                                           ***2029***
19
                                           *And attests in accordance with General Order*
20                                         *No. 45 X. B. that concurrence in the filing of the*
                                           *document has been obtained from each of the*
21                                         *undersigned counsel:*

22                                         Guido Saveri
                                           R. Alexander Saveri
23                                         Melissa Shapiro
                                           Cadio Zirpoli
24                                         SAVERI & SAVERI, INC.
                                           706 Sansome Street
25                                         San Francisco, CA 94111
                                           Tel.:  (415) 217-6810
26                                         Fax:  (415) 217-6813

27

28       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111, 3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2        *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

3        **Members of the Steering Committee for
         Plaintiffs in MDL No. 2029**

4
         Natalie Finkelman Bennett
5        SHEPHERD, FINKELMAN, MILLER,
         SHAH, LLP
6        35 East State Street
         Media, PA 19063
7        Tel.:  (610) 891-9880
         Fax:  (610) 891-9883
8
         Gary E. Mason
9        Donna F. Solen
         THE MASON LAW FIRM LLP
10       1225 19th Street, N.W., Suite 500
         Washington, DC 20036
11       Tel.:  (202) 429-2290
         Fax:  (202) 429-2294
12
         *Counsel for Plaintiff*
13
         O'Connor v. Walmart.com USA LLC, et al.,
14       Case No. 09-0096 PJH

15       Vahn Alexander
         FARUQI & FARUQI, LLP
16       1901 Avenue of the Stars, 2nd Floor
         Los Angeles, CA 90067
17       Tel.:  (310) 461-1426
         Fax:  (310) 461-1427
18
         Kendall S. Zylstra
19       Richard Schwartz
         FARUQI & FARUQI, LLP
20       2600 Philmont Avenue, Suite 324
         Huntingdon Valley, PA 19006
21       Tel.:  (215) 914-2460
         Fax:  (215) 914-2462
22
         *Counsel for Plaintiff*
23
         Schmitz v. Walmart.com USA LLC, et al., Case
24       No. 09-0116 PJH

25       Daniel A. Small
         Benjamin D. Brown
26       Kit Pierson
         Christopher Cormier
27       COHEN MILSTEIN SELLERS & TOLL PPLC

28       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 6 -

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 838-7797
Fax: (202) 838-7745

*Counsel for Plaintiffs*

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-
0139 PJH

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Tel.: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-
0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180
PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-
0244 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2
Faris v. Netflix, Inc., et al., Case No. 09-0180
PJH

3
Robert C. Schubert

4
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP

5
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

6
Tel.: (415) 788-4220
Fax: (415) 788-0161

7
*Counsel for Plaintiffs*

8

9
Slobodin v. Netflix, Inc., et al., Case No. 09-
0225 PJH

10
Landels, et al. v. Netflix, Inc., et al., Case No.
09-0340 PJH

11
James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

12
Judith L. Spanier

13
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP

14
212 East 39th Street
New York, New York 10016

15
Tel.: (212) 889-3700
Fax: (212) 684-5191

16

17
Craig H. Blinderman
MREJEN BLINDERMAN, P.L.

18
701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309

19
Tel.: (954) 771-3740
Fax: (954) 771-3047

20
*Counsel for Plaintiffs*

21
Anthony, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0236 PJH

22

23
Mary Jane Fait
Theodore T. Bell

24
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC

25
55 West Monroe Street, Suite 1111
Chicago, IL 60603

26

27
*Counsel for Plaintiff*

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 8 -

1    Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

2

3    Lee Albert
     Brian Brooks
     Jacqueline Sailer
4    MURRAY, FRANK & SAILER LLP
     275 Madison Avenue, Suite 801
5    New York, New York 10016
     Tel.: (212) 682-1818
6    Fax: (212) 682-1892

7    *Counsel for Plaintiff*

8    Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. 09-0274 PJH

9

10   Michael F. Ram
     Erica Craven-Green
     LEVY, RAM & OLSON LLP
11   639 Front Street, 4th Floor
     San Francisco, CA 94111
12   Tel.: (415) 433-4949
     Fax: (415) 433-7311

13

14   *Counsel for Plaintiff*

15   Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

16   Guy A. Wilson
     LAW OFFICES OF GUY A. WILSON
17   509 Orchard Street
     Santa Rosa, CA 95404
18   Tel.: (707) 525-1277

19   Roy A. Katriel
     THE KATRIEL LAW FIRM
20   1101 30th Street
     Washington, DC 20007
21   Tel.: (202) 625-4342

22   *Counsel for Plaintiffs*

23   Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

24

25   Marc H. Edelson
     EDELSON & ASSOCIATES, LLC
     45 West Court Street
26   Doylestown, PA 18901
     Tel.: (215) 230-8043
27   Fax: (215) 230-8735

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                        - 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

*Randall v. Walmart.com USA LLC, et al.*, Case No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 10 -

1   Edward F. Haber
    SHAPIRO HABER & URMY
2   53 State Street
    Boston, MA 02109
3   Tel.: (617) 439-3939

4   *Counsel for Plaintiff*

5   *James Chatelain v. Netflix, Inc., et al.,* Case No.
    09-0391 PJH
6
    Richard M. Volin
7   Michael McLellan
    FINKELSTEIN THOMPSON LLP
8   1050 30th Street, N.W.
    Washington, DC 20007
9   Tel.: (202) 337-8000
    Fax: (202) 337-8090
10
    Rosemary M. Rivas
11  Mark Punzalan
    FINKELSTEIN THOMPSON LLP
12  100 Bush Street, Suite 1450
    San Francisco, CA 94104
13  Tel.: (415) 398-8700
    Fax: (415) 398-8704
14
    Gordon M. Fauth, Jr.
15  LITIGATION LAW GROUP
    1801 Clement Avenue, Suite 101
16  Alameda, CA 94501
    Tel.: (510) 238-9610
17  Fax: (510) 337-1431

18  *Counsel for Plaintiff*

19  *Patras v. Netflix, Inc., et al.,* Case No. 09-00378
    PJH
20
    Jeff D. Friedman
21  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue
22  Berkeley, CA 94710
    Tel.: (510) 725-3000
23  Fax: (510) 725-3100

24  Steve W. Berman
    Anthony D. Shapiro
25  HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
26  Seattle, WA 98101
    Tel.: (206) 623-7292
27  Fax: (206) 623-0594

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 11 -

1

2          Gerald J. Rodos
           Jeffrey B. Gittleman
3          Julie B. Palley
           BARRACK, RODOS & BACINE
4          3300 Two Commerce Square
           2001 Market Street
5          Philadelphia, PA 19130
           Tel.:  (215) 963-0600
6          Fax:  (215) 963-0838

7          Steve R. Basser
           BARRACK, RODOS & BACINE
8          One American Plaza
           600 West Broadway, Suite 900
9          San Diego, CA 92101
           Tel.:  (619) 230-0800
10         Fax:  (619) 230-1874

11         *Counsel for Plaintiff*

12         Millrood v. Walmart.com USA LLC, et al.  Case
           No. 09-00399 PJH

13         Frank J. Johnson
           Francis A. Bottini, Jr.
14         JOHNSON BOTTINI, LLP
           655 West Broadway, Suite 1400
15         San Diego, CA 92101
           Tel.:  (619) 230-0063
16         Fax:  (619) 233-5535

17         *Counsel for Plaintiff*

18         Kober v. Walmart.com USA LLC, et al.  Case
           No. 09-00400 PJH

19

20         Joseph Saveri
           Michele C. Jackson
21         Eric B. Fastiff
           Andrew S. Kingsdale
22         LIEFF CABRASER HEIMANN
           & BERNSTEIN, LLP
23         275 Battery Street, Suite 3000
           San Francisco, CA 94111
24         Tel.:  (415) 956-1000
           Fax:  (415) 956-1008

25         *Counsel for Plaintiff*

26         Lacabe v. Walmart.com USA LLC, et al.  Case
           No. 09-00402 PJH

27

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                          - 12 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
Tel:  (415) 433-9000
Fax:  (415) 433-9008

*Counsel for Plaintiff*

Roy v. Netflix, Inc. et al. Case No. 09-00434
PJH

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.:  (215) 545-7200
Fax:  (215) 535-6535

*Counsel for Plaintiffs*

Bruno, et al. v. Walmart.com USA LLC, et al.
Case No. 09-00445 PJH

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

Zaker v. Netflix, Inc., et al.  Case No. 09-00447
PJH

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 13 -

1    San Diego, CA 92101
     Tel.: (619) 231-1058
2    Fax: (619) 231-7423

3    William C. Wright
     THE LAW OFFICES OF WILLIAM C.
4    WRIGHT, P.A.
     301 Clematis Street, Suite 3000
5    West Palm Beach, FL 33401
     Tel.: (561) 514-0904
6    Fax: (561) 514-0905

7    *Counsel for Plaintiff*

8    Parikh v. Netflix, Inc., et al.  Case No. 09-00496
     PJH
9
     Garrett D. Blanchfield
10   REINHARDT, WENDORF & BLANCHFIELD
     E1250 First National Bank Building
11   332 Minnesota Street
     St. Paul, MN 55101
12   Tel.: (651) 287-2100
     Fax: (651) 287-2103
13
     *Counsel for Plaintiff*
14
     Johnson v. Walmart.com USA LLC, et al.  Case
15   No. 09-00553 PJH

16   David P. McLafferty
     MCLAFFERTY & ASSOCIATES, P.C.
17   923 Fayette Street
     Conshohocken, PA 19428
18   Tel.: (610) 940-4000
     Fax: (610) 940-4007
19
     *Counsel for Plaintiff*
20
     Gannon v. Walmart.com USA LLC, et al.  Case
21   No.  09-00554 PJH

22   Dianne M. Nast
     Joseph F. Roda
23   Michele S. Burkholder
     Daniel N. Gallucci
24   RODANAST, P.C.
     801 Estelle Drive
25   Lancaster, Pennsylvania 17601
     Telephone: (717) 892-3000
26   Facsimile: (717) 892-1200

27   *Counsel for Plaintiff*

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 14 -

Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

Edward M. Gergosian
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
Tel:  (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALSONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94101
Tel.:  (415) 544-0200
Fax:  (415) 544-0201

*Counsel for Plaintiff*

Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

Mario N. Alioto
Lauren C. Russel
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1    Fax:  (415) 346-0679

2    Joseph M. Patane
     LAW OFFICE OF JOSEPH M. PATANE
3    2280 Union Street
     San Francisco, CA 94123
4    Tel.:  (415) 563-7200
     Fax:  (415) 346-0679
5
     Sherman Kassof
6    LAW OFFICES OF SHERMAN KASSOF
     954 Risa Road, Suite B
7    Lafayette, CA 94549
     Tel.:  (510) 652-2554
8    Fax:  (510) 652-9308

9    *Counsel for Plaintiff*

10   Belai v. Netflix, Inc. et al., Case No. 09-01740
     PJH
11
     Daniel E. Gustafson
12   Jason S. Kilene
     GUSTAFSON GLUEK PLLC
13   650 Northstar East
     608 Second Avenue South
14   Minneapolis, MN 55402
     (612) 333-8844 office
15   (612) 339-6622 fax

16   Dianne M. Nast
     RODANAST, P.C.
17   801 Estelle Drive
     Lancaster, PA 17601
18   (717) 892-3000 office
     (717) 892-1200 fax
19
     Edward A. Wallace
20   WEXLER WALLACE, LLP
     55 West Monroe Street, Suite 3300
21   Chicago, IL 60603
     (312) 346-2222 office
22   (312) 589-6273 fax

23   *Counsel for Plaintiffs*

24   Michalski, et al. v. Netflix, Inc., et al.,
     Case No. 09-02065
25
     Steve Berman
26   Anthony D. Shapiro
     HAGENS BERMAN SOBOL SHAPIRO LLP
27   1301 Fifth Avenue, Suite 2900

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 1 | Seattle, WA 98101 |
| | Tel.: (206) 623-7292 |
| 2 | Fax: (206) 623-0594 |
| 3 | J. Barton Goplerud |
| | HUDSON MALLANEY & SHINDLER P.C. |
| 4 | 5015 Grand Ridge Drive, Suite 100 |
| | West Des Moines, IA 50265 |
| 5 | Tel.: (515) 223-4567 |
| | Fax: (515) 223-8887 |
| 6 | |
| | *Counsel for Plaintiffs* |
| 7 | |
| | Boynton v. Wal-Mart.com USA LLC, et al., |
| 8 | (transferred from District of New |
| | Hampshire1:09-cv-00026) |
| 9 | |
| | Mayer v. Wal-Mart.com USA LLC, et al., |
| 10 | Case No .09-02067 |
| 11 | Stephen R. Fine |
| | LAW OFFICES OF STEPHEN R. FINE |
| 12 | 620 Chestnut Street |
| | Manchester, NH 03104 |
| 13 | Tel.: (603) 668-2343 |
| | Fax: (603) 626-0408 |
| 14 | |
| | *Counsel for Plaintiff* |
| 15 | |
| | Boynton v. Wal-Mart.com USA LLC, et al., |
| 16 | (transferred from District of New |
| | Hampshire1:09-cv-00026) |
| 17 | |
| | Dennis J. Johnson |
| 18 | JOHNSON & PERKINSON |
| | 1690 Williston Road |
| 19 | South Burlington, VT 05403 |
| | Tel.: (802) 862-0030 |
| 20 | Fax: (802) 862-0060 |
| 21 | *Counsel for Plaintiff* |
| 22 | Mayer v. Wal-Mart.com USA LLC, et al., |
| | Case No. 09-02067 |
| 23 | |
| | Daniel E. Becnel, Jr. |
| 24 | BECNEL LAW FIRM |
| | Nghana Lewis Gauff |
| 25 | Matthew B. Moreland |
| | P.O. Drawer H |
| 26 | Reserve, LA 70084 |
| | (985) 536-1186 office |
| 27 | (985) 536-6445 fax |
| 28 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS |

1

2

*Counsel for Plaintiffs*

3   Christina v. Netflix, Inc., et al.,
(transferred from Middle District of Louisiana
3:09-cv-00059)

4

5   Hotard v. Netflix, Inc., et al.,
Case No. 09- 02153

6   John R. Wylie
FUTTERMAN HOWARD WATKINS WYLIE

7   & ASHLEY, CHTD.
122 S. Michigan Avenue, Suite 1850

8   Chicago, IL 60603
(312) 427-3600 office

9   (312) 427-1850 fax

10  *Counsel for Plaintiff*

11  Levin v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02155

12
Archie C. Lamb, Jr.

13  THE LAMB FIRM, LLC
P.O. Box 2088

14  Birmingham, AL 35201
(205) 324-4644 office

15  (205) 324-4649 fax

16  *Counsel for Plaintiff*

17  Touchton v. Netflix, Inc., et al.,
Case No. 09-02154

18
E. Kirk Wood, Jr.

19  WOOD LAW FIRM, LLC
P.O. Box 382434

20  Birmingham, AL 35238
(205) 612-0243 office

21  (205) 705-1223 fax

22  *Counsel for Plaintiff*

23  Kopera v. Netflix, Inc., et al.,
Case No.09-02062

24
Harry F. Bell, Jr.

25  William L. Bands, Jr.
BELL & BANDS, PLLC

26  P.O. Box 1723
Charleston, West Virginia 25326

27  (304) 345-1700 office

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1   (304) 344-1956 fax

2   *Counsel for Plaintiff*

3   Walters, et al. v. Netflix, Inc., et al.,
    Case No. 09-02066

4

5   Irwin B. Levin
    Richard E. Shevitz
6   Eric S. Pavlack
    COHEN & MALAD, LLP
    One Indiana Square, Suite 1400
7   Indianapolis, IN 46204
    Tel.:  (317) 636-6481
8   Fax:  (317) 636-2593

9   *Counsel for Plaintiff*

10  Karatz v. Netflix, Inc., et al.,
    (transferred from Southern District of Indiana
11  1:09-cv-00136)

12  Michael Goetz
    MORGAN & MORGAN, P.A.
13  One Tampa City Center, Suite 700
    Tampa, FL 33602
14  (813) 223-5505 office
    (813) 223-5402 fax
15
    Scott W. Weinstein
16  MORGAN & MORGAN, P.A.
    One University Park
17  12800 University Drive
    Fort Myers, FL 33906
18  (239) 433-6880 office
    (239) 433-6836 fax
19
    *Counsel for Plaintiff*
20
    Bowles v. Netflix, Inc., et al.,
21  Case No. 09-02063

22  Andres F. Alonso
    Jerrold S. Parker
23  David B. Krangle
    PARKER WAICHMAN ALONSO LLP
24  111 Great Neck Road, Suite 101
    Great Neck, NY 11021
25  (516) 466-6500 office
    (516) 466-6665 fax
26
    *Counsel for Plaintiff*
27

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1         Stephen Fung
      FOOTE, MEYERS, MIELKE & FLOWERS,
2         LLC
      28 North First Street, Suite 2
3         Geneva, IL 60134
      (630) 232-6333 office
4         (630) 845-8982 fax

5         Peter Currie
      THE LAW FIRM OF PETER L. CURRIE, P.C.
6         536 Wing Lane
      Saint Charles, IL 60174
7         (630) 862-1130 office
      (630) 845-8982 fax
8
      Kathleen C. Chavez
9         CHAVEZ LAW FIRM, P.C.
      28 North First Street, Suite 2
10        Geneva, IL 60134
      Tel.:  (630) 232-4480
11        Fax:  (630) 845-8982

12        *Counsel for Plaintiff*

13        Cleary v. Wal-Mart.com USA LLC, et al.,
      Case No. 09-02156
14
      ***Additional Counsel for Plaintiffs***
15

16

17

18

19

20

21

22

23

24

25

26

27

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS