Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

*Lead Class Counsel*
*Member of the Steering Committee for*
*Plaintiffs in MDL No. 2029*

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

*Liaison Class Counsel*
*Member of the Steering Committee for Plaintiffs*
*in MDL No. 2029*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** <br><br> **MDL No. 2029** <br><br> **Hon. Phyllis J. Hamilton** |
| **This document relates to:** <br><br> 3:09-cv-00002 PJH <br> 3:09-cv-00096 PJH <br> 3:09-cv-00111 PJH <br> 3:09-cv-00116 PJH <br> 3:09-cv-00138 PJH <br> 3:09-cv-00139 PJH | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** AND ORDER |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1   (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2   Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236);  Melanie

3   Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4   00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5   Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6   (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7   (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8   Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9   Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10   Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11   Adrienne Belai (3:09-cv-01740);  Robert Touchton (3:09-cv-02154);  Charles Kopera (3:09-cv-02062);

12   Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13   Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14   Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15   Fernando Ortiz-Cardona (3:09-cv-02150);  Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16   Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17   the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18   Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19   assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)).  Each of the

20   Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21   *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH.  Defendants have not served an answer

22   or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints.  Defendants

23   have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24   Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding.  The above listed Plaintiffs

25   reserve their rights as absent class members to share in any recovery in this case to which they would

26   otherwise be entitled.  All counsel listed below have assented to the filing of this Notice.  Pursuant to

27

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

2  filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

3  File docket number. The following individual dockets can now be closed:

4

5  3:09-cv-00096 PJH
   3:09-cv-00111 PJH

6  3:09-cv-00116 PJH
   3:09-cv-00139 PJH

7  3:09-cv-00180 PJH
   3:09-cv-00225 PJH

8  3:09-cv-00236 PJH
   3:09-cv-00244 PJH

9  3:09-cv-00274 PJH
   3:09-cv-00294 PJH

10 3:09-cv-00340 PJH
   3:09-cv-00349 PJH

11 3:09-cv-00361 PJH
   3:09-cv-00368 PJH

12 3:09-cv-00375 PJH
   3:09-cv-00378 PJH

13 3:09-cv-00391 PJH
   3:09-cv-00399 PJH

14 3:09-cv-00400 PJH
   3:09-cv-00402 PJH

15 3:09-cv-00434 PJH
   3:09-cv-00445 PJH

16 3:09-cv-00447 PJH
   3:09-cv-00496 PJH

17 3:09-cv-00553 PJH
   3:09-cv-00554 PJH

18 3:09-cv-00678 PJH
   3:09-cv-00958 PJH

19 3:09-cv-01274 PJH
   3:09-cv-01499 PJH

20 3:09-cv-01740 PJH
   3:09-cv-02154 PJH

21 3:09-cv-02062 PJH
   3:09-cv-02063 PJH

22 3:09-cv-02155 PJH
   3:09-cv-02156 PJH

23 3:09-cv-02152 PJH
   3:09-cv-02153 PJH

24 3:09-cv-02065 PJH
   3:09-cv-02151 PJH

25 3:09-cv-02184 PJH
   3:09-cv-02150 PJH

26 3:09-cv-02067 PJH
   3:09-cv-02066 PJH

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 3 -

1  Dated: June 9, 2009                        Respectfully Submitted,

2

3                                             BY:   /s/ Robert G. Abrams

4                                             Robert G. Abrams
                                              Thomas A. Isaacson
5                                             Peter A. Barile III
                                              HOWREY LLP
6                                             1299 Pennsylvania Avenue, N.W.
                                              Washington, DC 20004
7                                             Tel.: (202) 783-0800
                                              Fax: (202) 383-6610

8                                             Paul Alexander
9                                             HOWREY LLP
                                              1950 University Avenue
                                              East Palo Alto, CA 94303
10                                            Tel.: (650) 798-3500
                                              Fax: (650) 798-3600
11

12                                            Emily L. Maxwell
                                              HOWREY LLP
13                                            525 Market Street, Suite 3600
                                              San Francisco, CA 94105
14                                            Tel.: (415) 848-4947
                                              Fax: (415) 848-4999

15                                            *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
                                              3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
16                                            3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
                                              00554)
17

18                                            ***Lead Class Counsel and Member of the
                                              Steering Committee for Plaintiffs in MDL No.
19                                            2029***

20                                            *And attests in accordance with General Order
                                              No. 45 X. B. that concurrence in the filing of the
21                                            document has been obtained from each of the
                                              undersigned counsel:*

22                                            Guido Saveri
                                              R. Alexander Saveri
23                                            Melissa Shapiro
                                              Cadio Zirpoli
24                                            SAVERI & SAVERI, INC.
                                              706 Sansome Street
25                                            San Francisco, CA 94111
                                              Tel.:  (415) 217-6810
26                                            Fax:  (415) 217-6813

27

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                             - 4 -

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.:  (415) 433-3200
Fax:  (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.:  (215) 496-0300
Fax:  (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.:  (215) 875-3010
Fax:  (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2          *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

3          **Members of the Steering Committee for**
           **Plaintiffs in MDL No. 2029**

4
           Natalie Finkelman Bennett
5          SHEPHERD, FINKELMAN, MILLER,
           SHAH, LLP
6          35 East State Street
           Media, PA 19063
7          Tel.:  (610) 891-9880
           Fax:  (610) 891-9883
8
           Gary E. Mason
9          Donna F. Solen
           THE MASON LAW FIRM LLP
10         1225 19th Street, N.W., Suite 500
           Washington, DC 20036
11         Tel.:  (202) 429-2290
           Fax:  (202) 429-2294
12
           *Counsel for Plaintiff*
13
           O'Connor v. Walmart.com USA LLC, et al.,
14         Case No. 09-0096 PJH

15         Vahn Alexander
           FARUQI & FARUQI, LLP
16         1901 Avenue of the Stars, 2nd Floor
           Los Angeles, CA 90067
17         Tel.:  (310) 461-1426
           Fax:  (310) 461-1427
18
           Kendall S. Zylstra
19         Richard Schwartz
           FARUQI & FARUQI, LLP
20         2600 Philmont Avenue, Suite 324
           Huntingdon Valley, PA 19006
21         Tel.:  (215) 914-2460
           Fax:  (215) 914-2462
22
           *Counsel for Plaintiff*
23
           Schmitz v. Walmart.com USA LLC, et al., Case
24         No. 09-0116 PJH

25         Daniel A. Small
           Benjamin D. Brown
26         Kit Pierson
           Christopher Cormier
27         COHEN MILSTEIN SELLERS & TOLL PPLC

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 6 -

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 838-7797
Fax: (202) 838-7745

*Counsel for Plaintiffs*

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Tel.: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180 PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1
2

*Faris v. Netflix, Inc., et al.*, Case No. 09-0180 PJH

3

Robert C. Schubert

4

Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &

5

KRALOWEC LLP
Three Embarcadero Center, Suite 1650

6

San Francisco, CA 94111
Tel.: (415) 788-4220

7

Fax: (415) 788-0161

8

*Counsel for Plaintiffs*

9

*Slobodin v. Netflix, Inc., et al.*, Case No. 09-0225 PJH

10

*Landels, et al. v. Netflix, Inc., et al.*, Case No. 09-0340 PJH

11

*James Chatelain v. Netflix, Inc., et al.*, Case No. 09-0391 PJH

12

Judith L. Spanier

13

Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP

14

212 East 39th Street
New York, New York 10016

15

Tel.: (212) 889-3700
Fax: (212) 684-5191

16

Craig H. Blinderman

17

MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302

18

Fort Lauderdale, FL 33309
Tel.: (954) 771-3740

19

Fax: (954) 771-3047

20

*Counsel for Plaintiffs*

21

*Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-0236 PJH

22

Mary Jane Fait

23

Theodore T. Bell
John E. Tangren

24

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

25

55 West Monroe Street, Suite 1111
Chicago, IL 60603

26

*Counsel for Plaintiff*

27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

*Counsel for Plaintiff*

Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. 09-0274 PJH

Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 433-4949
Fax: (415) 433-7311

*Counsel for Plaintiff*

Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street
Santa Rosa, CA 95404
Tel.: (707) 525-1277

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street
Washington, DC 20007
Tel.: (202) 625-4342

*Counsel for Plaintiffs*

Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.: (215) 230-8043
Fax: (215) 230-8735

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.*, Case
No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

*Randall v. Walmart.com USA LLC, et al.*, Case
No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375
PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

Patras v. Netflix, Inc., et al., Case No. 09-00378
PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 11 -

1

2     Gerald J. Rodos
      Jeffrey B. Gittleman
      Julie B. Palley
3     BARRACK, RODOS & BACINE
      3300 Two Commerce Square
4     2001 Market Street
      Philadelphia, PA 19130
5     Tel.:  (215) 963-0600
      Fax:  (215) 963-0838
6
      Steve R. Basser
7     BARRACK, RODOS & BACINE
      One American Plaza
8     600 West Broadway, Suite 900
      San Diego, CA 92101
9     Tel.:  (619) 230-0800
      Fax:  (619) 230-1874
10
      *Counsel for Plaintiff*
11
      Millrood v. Walmart.com USA LLC, et al.  Case
12    No. 09-00399 PJH

13    Frank J. Johnson
      Francis A. Bottini, Jr.
14    JOHNSON BOTTINI, LLP
      655 West Broadway, Suite 1400
15    San Diego, CA 92101
      Tel.:  (619) 230-0063
16    Fax:  (619) 233-5535

17    *Counsel for Plaintiff*

18    Kober v. Walmart.com USA LLC, et al.  Case
      No. 09-00400 PJH
19
      Joseph Saveri
20    Michele C. Jackson
      Eric B. Fastiff
21    Andrew S. Kingsdale
      LIEFF CABRASER HEIMANN
22    & BERNSTEIN, LLP
      275 Battery Street, Suite 3000
23    San Francisco, CA 94111
      Tel.:  (415) 956-1000
24    Fax:  (415) 956-1008

25    *Counsel for Plaintiff*

26    Lacabe v. Walmart.com USA LLC, et al.  Case
      No. 09-00402 PJH
27

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 1 | Bruce L. Simon<br>Jonathan M. Watkins |
| 2 | PEARSON, SIMON, SOTER, WARSHAW &<br>PENNY, LLP |
| 3 | 44 Montgomery Street<br>Suite 1430 |
| 4 | San Francisco, CA 94104<br>Tel:  (415) 433-9000 |
| 5 | Fax:  (415) 433-9008 |
| 6 | *Counsel for Plaintiff* |
| 7 | *Roy v. Netflix, Inc. et al.* Case No. 09-00434<br>PJH |
| 8 | |
| 9 | Mindee J. Reuben<br>WEINSTEIN KITCHENOFF & ASHER, LLC |
| 10 | 1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Tel.:  (215) 545-7200 |
| 11 | Fax:  (215) 535-6535 |
| 12 | *Counsel for Plaintiffs* |
| 13 | *Bruno, et al. v. Walmart.com USA LLC, et al.*<br>Case No. 09-00445 PJH |
| 14 | |
| 15 | Edward A. Wallace<br>Kenneth A. Wexler |
| 16 | WEXLER WALLACE, LLP<br>55 West Monroe Street, Suite 3300 |
| 17 | Chicago, IL 60603<br>Tel: 312.346.2222 |
| 18 | Fax: 312.346.0022 |
| 19 | Mark J. Tamblyn<br>Neha Duggal |
| 20 | WEXLER WALLACE, LLP<br>455 Capitol Mall, Suite 231 |
| 21 | Sacramento, CA 95814<br>Tel.: 916-492-1100 |
| 22 | Fax: 916-492-1124 |
| 23 | *Counsel for Plaintiff* |
| 24 | *Zaker v. Netflix, Inc., et al.*  Case No. 09-00447<br>PJH |
| 25 | Bonny E. Sweeney<br>David W. Mitchell |
| 26 | COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP |
| 27 | 655 West Broadway, Suite 1900 |
| 28 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS |

- 13 -

San Diego, CA 92101
Tel.:  (619) 231-1058
Fax:  (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Tel.:  (561) 514-0904
Fax:  (561) 514-0905

*Counsel for Plaintiff*

Parikh v. Netflix, Inc., et al.  Case No. 09-00496
PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.:  (651) 287-2100
Fax:  (651) 287-2103

*Counsel for Plaintiff*

Johnson v. Walmart.com USA LLC, et al.  Case
No. 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.:  (610) 940-4000
Fax:  (610) 940-4007

*Counsel for Plaintiff*

Gannon v. Walmart.com USA LLC, et al.  Case
No.  09-00554 PJH

Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 14 -

1

2
Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

3
Edward M. Gergosian
Robert J. Gralewski
4
William D. Harris
GERGOSIAN & GRALEWSKI LLP
5
655 West Broadway Suite 1410
San Diego CA 92101
6
Tel 619-237-9500
Fax 619-237-9555 fax
7
*Counsel for Plaintiff*
8
Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH
9

10
Matthew Schultz (220641)
Timothy D. Battin
11
Thomas M. Palumbo
STRAUS & BOIES, LLP
12
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
13
Tel:  (703) 764-8700
Fax: (703) 764-8704
14

15
*Counsel for Plaintiff*

16
Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

17
Terry Gross
Adam C. Belsky
18
Monique Alonso
GROSS BELSKY ALSONSO LLP
19
180 Montgomery Street, Suite 2200
San Francisco, CA 94101
20
Tel.:  (415) 544-0200
Fax:  (415) 544-0201
21

22
*Counsel for Plaintiff*

23
Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

24
Mario N. Alioto
Lauren C. Russel
25
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
26
2280 Union Street
San Francisco, CA 94123
27
Tel.:  (415) 563-7200

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Fax:  (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200
Fax:  (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.:  (510) 652-2554
Fax:  (510) 652-9308

*Counsel for Plaintiff*

*Belai v. Netflix, Inc. et al.*, Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

*Michalski, et al. v. Netflix, Inc., et al.,*
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1             Seattle, WA 98101
              Tel.:  (206) 623-7292
2             Fax:  (206) 623-0594

3             J. Barton Goplerud
              HUDSON MALLANEY & SHINDLER P.C.
4             5015 Grand Ridge Drive, Suite 100
              West Des Moines, IA 50265
5             Tel.:  (515) 223-4567
              Fax:  (515) 223-8887
6

7             *Counsel for Plaintiffs*

8             Boynton v. Wal-Mart.com USA LLC, et al.,
              (transferred from District of New
9             Hampshire1:09-cv-00026)

10            Mayer v. Wal-Mart.com USA LLC, et al.,
              Case No .09-02067

11            Stephen R. Fine
              LAW OFFICES OF STEPHEN R. FINE
12            620 Chestnut Street
              Manchester, NH 03104
13            Tel.:  (603) 668-2343
              Fax:  (603) 626-0408
14

15            *Counsel for Plaintiff*

16            Boynton v. Wal-Mart.com USA LLC, et al.,
              (transferred from District of New
17            Hampshire1:09-cv-00026)

18            Dennis J. Johnson
              JOHNSON & PERKINSON
19            1690 Williston Road
              South Burlington, VT 05403
20            Tel.:  (802) 862-0030
              Fax:  (802) 862-0060

21            *Counsel for Plaintiff*

22            Mayer v. Wal-Mart.com USA LLC, et al.,
              Case No. 09-02067
23

24            Daniel E. Becnel, Jr.
              BECNEL LAW FIRM
              Nghana Lewis Gauff
25            Matthew B. Moreland
              P.O. Drawer H
26            Reserve, LA 70084
              (985) 536-1186 office
27            (985) 536-6445 fax

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2          *Counsel for Plaintiffs*

3          Christina v. Netflix, Inc., et al.,
           (transferred from Middle District of Louisiana
           3:09-cv-00059)
4
           Hotard v. Netflix, Inc., et al.,
5          Case No. 09- 02153

6          John R. Wylie
           FUTTERMAN HOWARD WATKINS WYLIE
7          & ASHLEY, CHTD.
           122 S. Michigan Avenue, Suite 1850
8          Chicago, IL 60603
           (312) 427-3600 office
9          (312) 427-1850 fax

10         *Counsel for Plaintiff*

11         Levin v. Wal-Mart.com USA LLC, et al.,
           Case No. 09-02155
12
           Archie C. Lamb, Jr.
13         THE LAMB FIRM, LLC
           P.O. Box 2088
14         Birmingham, AL 35201
           (205) 324-4644 office
15         (205) 324-4649 fax

16         *Counsel for Plaintiff*

17         Touchton v. Netflix, Inc., et al.,
           Case No. 09-02154
18
           E. Kirk Wood, Jr.
19         WOOD LAW FIRM, LLC
           P.O. Box 382434
20         Birmingham, AL 35238
           (205) 612-0243 office
21         (205) 705-1223 fax

22         *Counsel for Plaintiff*

23         Kopera v. Netflix, Inc., et al.,
           Case No.09-02062
24
           Harry F. Bell, Jr.
25         William L. Bands, Jr.
           BELL & BANDS, PLLC
26         P.O. Box 1723
           Charleston, West Virginia 25326
27         (304) 345-1700 office

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 18 -

1    (304) 344-1956 fax

2    *Counsel for Plaintiff*

3    Walters, et al. v. Netflix, Inc., et al.,
     Case No. 09-02066

4
     Irwin B. Levin
5    Richard E. Shevitz
     Eric S. Pavlack
6    COHEN & MALAD, LLP
     One Indiana Square, Suite 1400
7    Indianapolis, IN 46204
     Tel.:  (317) 636-6481
8    Fax:  (317) 636-2593

9    *Counsel for Plaintiff*

10   Karatz v. Netflix, Inc., et al.,
     (transferred from Southern District of Indiana
11   1:09-cv-00136)

12   Michael Goetz
     MORGAN & MORGAN, P.A.
13   One Tampa City Center, Suite 700
     Tampa, FL 33602
14   (813) 223-5505 office
     (813) 223-5402 fax
15
     Scott W. Weinstein
16   MORGAN & MORGAN, P.A.
     One University Park
17   12800 University Drive
     Fort Myers, FL 33906
18   (239) 433-6880 office
     (239) 433-6836 fax
19
     *Counsel for Plaintiff*
20
     Bowles v. Netflix, Inc., et al.,
21   Case No. 09-02063

22   Andres F. Alonso
     Jerrold S. Parker
23   David B. Krangle
     PARKER WAICHMAN ALONSO LLP
24   111 Great Neck Road, Suite 101
     Great Neck, NY 11021
25   (516) 466-6500 office
     (516) 466-6665 fax
26
     *Counsel for Plaintiff*
27

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1   Stephen Fung
    FOOTE, MEYERS, MIELKE & FLOWERS,
2   LLC
    28 North First Street, Suite 2
3   Geneva, IL 60134
    (630) 232-6333 office
4   (630) 845-8982 fax

5   Peter Currie
    THE LAW FIRM OF PETER L. CURRIE, P.C.
6   536 Wing Lane
    Saint Charles, IL 60174
7   (630) 862-1130 office
    (630) 845-8982 fax
8
9   Kathleen C. Chavez
    CHAVEZ LAW FIRM, P.C.
    28 North First Street, Suite 2
10  Geneva, IL 60134
    Tel.:  (630) 232-4480
11  Fax:  (630) 845-8982

12  *Counsel for Plaintiff*

13  Cleary v. Wal-Mart.com USA LLC, et al.,
    Case No. 09-02156
14
15  ***Additional Counsel for Plaintiffs***

16

17      7/7/09

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 21 -